



Holmes-35



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
**CIVIL CODE § 1189**

State of California

County of _Los Angeles_ }

On _September 18, 2014_ before me, _Nicole M Komenara, Notary Public_
     Date                                 Name and Title of the Officer

personally appeared _Nikki Lynn Hovey_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NICOLE M. KOMENARA
Commission # 1922146
Notary Public - California
Los Angeles County
My Comm. Expires Jan. 16, 2015

*Place Notary Seal Above*

Signature: _____
                              *Signature of Notary Public*

———————— **OPTIONAL** ————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Personal Letter_      Document Date: _9/18/14_

Number of Pages: _2_     Signer(s) Other Than Named Above: _n/a_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# EXHIBIT COVER PAGE

J

EXHIBIT

Description of this Exhibit: Forensic Laboratory Analysis Report

Number of pages to this Exhibit: 1 pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

County of Los Angeles
Department of Coroner

## Forensic Laboratory
## Analysis Report

**Coroner's Case #: 2010-01374**
**Decedent: THOMAS, Johnny**
Evidence Collected: 2/25/2010

Microanalysis: Gunshot Residue

Specimen:  One properly sealed GSR kit numbered C4943.

Purpose:  Determine by Scanning Electron Microscopy / Energy Dispersive Spectroscopy
(SEM/EDS) analysis if any gunshot residue particles are present.

Results:  SEM/EDS analysis revealed several consistent particles of gunshot residue
on the left hand adhesive lift sample and no particles of gunshot residue on
the right hand adhesive lift sample.

Therefore, the decedent may have:
A)  Discharged a firearm.
B)  Had his hands otherwise in an environment of gunshot residue.
C)  Received these particles from an environmental source.

Date of Analysis
7/20/2010

Analyst: Margaret A. Kaleuati
Senior Criminalist

Holmes-1259

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: LAPD Investigative Action/ Statement Form

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

LOS ANGELES POLICE DEPARTMENT
**INVESTIGATIVE ACTION / STATEMENT FORM**

| Tape No | | | | | | Page   of |
|---|---|---|---|---|---|---|
| ...ness No. | If recording an officer's action, complete shaded areas and statement section only. | | | Inc. No. | | DR or Bkg. No. |
| | | Date/Time of Interview | | | Location of Interview | |
| Residence Address | | City | | Zip Code | | Phone |
| Business Address | | City | | Zip Code | | Phone |

| Sex | Descent | Hair | Eyes | Height | Weight | DOB | Age | Driver Lic. No/Other ID | | State |
|---|---|---|---|---|---|---|---|---|---|---|

| Interviewing/Reporting Officer | | Serial No. | | Division |
|---|---|---|---|---|

**MIRANDA ADMONITION**
1.   You have the right to remain silent.
     Do you understand? _____
2.   Anything you say may be used against you in court.
     Do you understand? _____
3    You have the right to the presence of an attorney before and during any questioning.
     Do you understand? _____
4.   If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
     Do you understand? _____
     If a waiver is desired:
     Do you want to talk about what happened? _____

| Officer Completing | Serial No. |
|---|---|

**Statement:** Include who, what, when, where, why, and how.

n February 25, 2010 at approximately 0230, my partner Officer Williams #25458 and I, Officer Delery #39966 we were travelling northbound on San Pedro street at 101st street when we were flagged down by a citizen, later identified as Shirley Brown. We stopped to speak with Brown, and she stated that she was looking for her son Johnny Ray. A black Bronco pulled up with (3) occupants, (Kasheena Wilborn, Ramona McClinton and Mercedes Spraggins). While talking with the occupants, we discovered that they knew the victim named in the incident.

Kasheena Wilborn was transported to Southeast station to give a statement. Wilborn said that she had spoken with her boyfriend Johnny Ray Thomas ("Snap") earlier in the day, and that they made plans to go see a movie along with Mercedes, and "Baby Looney" also known as Hog. Thomas picked up Wilborn and dropped her off at his mother's house, and then went to an unknown "hang out" location with Spraggins and "Baby Looney". It was speculated by some of the East Coast Crip gang members that "Baby Looney" had been "snitching" (an informant), and they were upset, including an individual known as "Slim". When "Baby Looney" learned that they were upset at him, he got into the backseat of Thomas' vehicle with Spraggins. When he was called out of the vehicle by Thomas, he refused. When Thomas eventually returned to the vehicle, "Baby Looney" was gone, and Spraggins told Thomas that he was on his way to his sisters house.

03.11.20 (12/05)

Thomas and Spragggins returned to his mothers house to pick up Wilborn, and they began driving around looking for "Baby Looney". Thomas then received several calls from "Slim" and "Baby Looney". Wilborn said while on speaker phone, "Slim" was asking r the location of "Baby Looney". Thomas then returned to his mother's house, and at that point ran out of gas. Thomas then called "Slim" to ask him to bring him gas so that they could meet. Thomas was heard telling "Slim" that he didn't want to discuss "this" on the phone and that he wanted to meet face to face. Thomas then went into his mother's resident and began looking for the keys to his vehicle. While looking for his keys, Wilborn said he appeared to be "shook" (nervous or uneasy) about something. Once he found his keys, he (Thomas) then told his mother, Spraggins and Wilborn not to open the door for anyone. Thomas then secured the lock on the gate and left the residence to an unknown location. After about an hour passed, Wilborn became impatient and said she called Thomas because she was ready to go home.

When Thomas answered his phone, he could be heard saying "you got burners, I got burners too!" He then told Wilborn, "come get me, I'm on 101st and San Pedro." Wilborn, Spraggins and Brown all rode a taxi cab to 101st street and San Pedro and met with Ramona McClinton, (the baby's mother of Thomas) and began looking for Thomas. At that point, we were flagged down by Brown.

ADDITIONAL
Slim and Thomas were putting together a plan to setup "Baby Looney". Slim then stated that Mercedes needed to be included in that plan because of a "no witness" policy by the gang. Thomas refused to have Mercedes included into the plan to murder them.

# EXHIBIT COVER PAGE

L
**EXHIBIT**

Description of this Exhibit: Letter from victim to his uncle Frog/Calvin Thomas

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury



2-15-10

Apologees are in order my true. This very long delay in responding bac is all da sway on me comrade. I have not been around unc... I have but I haven't. In and out da' turf, stic'en and moven' u kno.' Went 2 vegas last week-end wit' my girl, doen' diffrent shit, still tryna get a steady flow of cash... I'm clawing loco. Just copped a Tahoe truc on 24's, got it out da paint shop, I will send you a' coupla flics. Cuz' don't lose faith in your nephew, on 'EC. I was had bac'd up on hogg 4 a min due 2 sum misdemeanor shit. How-ever, I got at 'em, and let 'em kno' dat his name was in da mix on some tell en shit... On da realla, between u and I cuz had a weird look on his face... And was like, tell Bayne



I'm a write 'em. I was like
alrite... I understand to that
paperwork stamps thee out con
and conclusion on dat subject,
and until sum paperwork is
produced, cuz is still da' hon
until then, rite? But on some
me & you type shit, cuz didn't
react to the news how a 10C is
suppose 2... So we'll ce... He also
say dat his boy G. Dubb up ther
socked whoever said da shit out
is dat true blue? Well, wen u
get a chance get bac. I seen
yo 76 comrade Bing, or Bean
or watever yesterday, flics
will be comen' your shay unc...
Major Love & Respect... Wen thing
improve 4 me, u will definitely
kno about it... 3's and C's...

                    4 DEF DOE
                  EQUE·76STR

        love u CRIP!!

Holmes-405

# EXHIBIT COVER PAGE

EXHIBIT M

Description of this Exhibit: Pg 180 of the Trial Transcrip}

Number of pages to this Exhibit: 1 pages.

JURISDICTION:  (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

1       Q    WHERE DID YOU GO?

2       A    WE WENT TO ONE OF THE HOMIE'S HOUSE UP THE STREET.

3       Q    WHY DID YOU GO THERE?

4       A    BECAUSE FROG -- FROG WANTED TO INTRODUCE US TO SOME

5  MORE OF THE HOMIES.

6       Q    WHAT ABOUT THE DEFENDANT?

7       A    HE STAYED IN HIS TRUCK FOR A MINUTE.

8       Q    DID YOU SEE HIM GET OUT AT SOME POINT?

9       A    YES.

10      Q    DID HE FOLLOW YOU AND JOHNNY RAY AND FROG TO THE

11  HOMIE'S HOUSE?

12      A    YES.

13      Q    HOW FAR WAS THE HOUSE FROM WHERE YOU PARKED?

14      A    ABOUT LIKE THREE -- TWO TO THREE HOUSES UP.

15      Q    SO WAS IT WALKING DISTANCE, OR DID YOU DRIVE THERE?

16      A    WALKING DISTANCE.

17      Q    SO YOU WALKED THERE?

18      A    YES.

19      Q    AND WHEN YOU WALKED THERE WAS MERCEDES SPRAGGINS

20  STILL IN JOHNNY RAY'S S.U.V.?

21      A    YES.

22      Q    WHAT HAPPENED WHEN YOU GOT TO THE HOUSE YOU WERE

23  GOING TO?

24      A    WE WALKED UP.  WE WALKED IN THE HOUSE.  JOHNNY RAY

25  WAS LEADING AND THEN FROG STAYED OUT FOR A HOT SECOND, AND I WAS

26  RIGHT BEHIND JOHNNY RAY, AND JOHNNY RAY INTRODUCED HIMSELF AS

27  JOHNNY RAY TO THE HOMIES.

28      MR. WHITE:  OBJECTION.  HEARSAY.



# EXHIBIT COVER PAGE

N

EXHIBIT

Description of this Exhibit: Page 171 of the Trial Transcript

Number of pages to this Exhibit: ____1____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme Court

☑ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

171

1    Q    WOULD HE BE YOUR EQUAL?  OR WOULD HE BE OLDER OR

2  YOUNGER?

3    A    HE WOULD BE OLDER.

4    Q    DID YOU KNOW WHAT SET HE WAS FROM?

5    A    YES.

6    Q    WHAT SET?

7    A    FIVE NINE EAST COAST.

8    Q    HOW DID YOU KNOW THAT?

9    A    YOU GET -- YOU GET HEARSAY ON WHO CERTAIN PEOPLE IS.

10  THE HOMIES LET YOU KNOW WHO IS WHO.

11   Q    WHAT WAS THE DEFENDANT'S STATUS WITHIN EAST COAST

12  CRIPS IN FEBRUARY OF 2010?

13   A    HE WAS HIGH RANK.

14   Q    WHAT ABOUT JOHNNY RAY THOMAS?

15   A    JOHNNY RAY, HE WAS LIKE MIDDLE RANK.

16   Q    DO YOU KNOW JOHNNY RAY, SR.?

17   A    YES.

18   Q    WHAT ABOUT HIM?

19   A    HE'S HIGH RANK TOO.

20   Q    SO JOHNNY RAY'S DAD IS HIGH UP IN EAST COAST CRIPS?

21   A    YES.

22   Q    AND YOU, BEING AN INFORMANT, WERE AT END, AT THE

23  BOTTOM OF THE BOTTOM?

24   A    YES.

25   Q    WITH A TARGET ON YOURSELF?

26   A    YES.

27   Q    AFTER THE LIQUOR STORE, DID JOHNNY RAY RETURN TO THE

28  TRUCK, TO THE S.U.V.?

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: James Allard's Declaration

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Appellate Court |
| ☐ | State Supreme Court |
| ☑ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

**StrongArm**

**Investigations Group, Inc.**
5199 E. Pacific Coast Hwy., Suite #403 Long Beach, CA 90804

Ca. License # PI 25764
Email: jim@allardpi.com
Tel: 714.404.7846 Fax: 714.988.4228

Monday, March 28, 2016

Declaration of James Allard

I, James Allard, declare as follows:

I am a Private Investigator hired to investigate certain matters for inmate Charles Holmes, California CDC No. AL0671.

I am the president and owner of StrongArm Investigations Group, Inc. with a principle business located in the City of Long Beach, CA 90804.

On behalf of Mr. Charles Holmes, I conducted the following investigation: (Prior to speaking with Michelle Armstrong, I identified myself as a private investigator).

- On or about March 2016, I called and spoke with Federal Probation Officer Michelle Armstrong at (310) 215-2288.
- I asked her if she had ever been contacted by Mr. Holmes attorney, Mr. Ron White and she said no.
- I asked her if Mr. White's investigator had contacted her and she again said no; She said she had never been contacted by Mr. Holmes defense team.
- Ms. Armstrong told me she was never asked to testify on behalf of Mr. Holmes.
- She did not have any of her reports or notes available, because they have been archived.
- Ms. Armstrong said she would have to be served with a court subpoena in order to retrieve her notes and files from archives.
- Ms. Armstrong said she would have to be served a subpoena in order to testify.
- She did not have any independent memory of Mr. Holmes physical condition, but could not recall any injuries that stood out in her mind, when he came to her office after the shooting incident on February 26, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this day, March 28, 2015 at 4:00 PM.

James Allard, PI# 25764
StrongArm Investigations Group, Inc.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: Nishadra Pettaway's Summarized Statements.

Number of pages to this Exhibit: _____1_____ pages.

JURISDICTION:  (Check only one)

☐ Municipal Court .
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury



Nishabia Pettaway

Los Angeles, CA

_Summarized Statement; February 26, 2010; 1445 hours (Szymkowiak);_

The following information is a summarized account of a video recorded interview of Nishabia Pettaway, that was conducted by Detective Szymkowiak, Serial No. 33084, at 77th Station, on February 26, 2010.

Pettaway heard two males arguing at approximately 0200-0230 hours in the morning on February 24, 2010.  Pettaway could hear the victim's voice loud and clear and heard him tell the other male, "I could fuck you up with a slap…Nigga, shoot me then!  I ain't scared!"  Pettaway then heard one shot and a truck pull off.

Pettaway stated numerous times that she only heard what transpired, but accounted for some details as if she was an actual "eye witness."  Pettaway said there were definitely two males arguing, although she only heard one voice.  Pettaway said by the way the victim was talking, he had to be speaking to another male.

Pettaway also described the sound of the vehicle leaving as a truck.  Pettaway said the truck had a different "skirt off" sound than a car, and that she believed the truck to sound like a "Yukon."

Pettaway also repeatedly opined that the fight must have started inside a house and moved outside to the street.  Pettaway described in detail the direction she heard the fighting come from as if the argument was already in progress when she heard it outside her window ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and she described the argument as coming from the area of the apartment complex on the northeast corner of Avalon and 93rd Street.

Pettaway also described the victim, including height and complexion, but noted that she only saw him during the coroner's examination.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *LAPD Investigative/statement Form: Re Ramona McClinton*

Number of pages to this Exhibit: *1* pages.

JURISDICTION:  (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

LOS ANGELES POLICE DEPARTMENT
## INVESTIGATIVE ACTION / STATEMENT FORM

Page    of

| Tape No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| ...ess No. | If recording an officer's action, complete shaded areas and statement section only. | | | | Inc. No. | DR or Bkg. No. | |

| | Date/Time of Interview | Location of Interview |
|---|---|---|

| Residence Address | City | Zip Code | Phone |
|---|---|---|---|

| Business Address | City | Zip Code | Phone |
|---|---|---|---|

| Sex | Descent | Hair | Eyes | Height | Weight | DOB | Age | Driver Lic. No/Other ID | State |
|---|---|---|---|---|---|---|---|---|---|

| Interviewing/Reporting Officer | | Serial No. | | Division |
|---|---|---|---|---|

**MIRANDA ADMONITION**
1. You have the right to remain silent.
   Do you understand?
2. Anything you say may be used against you in court.
   Do you understand?
3. You have the right to the presence of an attorney before and during any questioning.
   Do you understand?
4. If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
   Do you understand?

If a waiver is desired:
Do you want to talk about what happened?

| Officer Completing | Serial No. |
|---|---|

**Statement:** Include who, what, when, where, why, and how.

⊓ February 25, 2010 at approximately 0230, my partner Officer Williams #25458 and I, Officer Delery #39966 we were travelling northbound on San Pedro street at 101st street when we were flagged down by a citizen, later identified as Shirley Brown. We stopped to speak with Brown, and she stated that she was looking for her son Johnny Ray. A black Bronco pulled up with (3) occupants, (Kasheena Wilborn, Ramona McClinton and Mercedes Spraggins). While talking with the occupants, we discovered that they knew the victim named in the incident.

I interviewed McClinton and took an F.I. on her. McClinton said that while she was at her home, she received a phone call from Johnny Ray Thomas to come and pick him up at 101st and San Pedro st. McClinton said that while she was on her way to pick Thomas up, he callled her again and asked her where she was. She said that she was on Slauson Ave preparing to enter the 110 freeway. While she was on the phone with Thomas, she heard him say "Slim if you feel that way then take off". She said that she then heard the phone go blank, and later began to hear sirens. McClinton began driving around the area of 101st and San Pedro looking for Thomas, and shortly after, my partner and I arrived.

03 11.20 (12/05)

Holmes-173

# EXHIBIT COVER PAGE

R

EXHIBIT

Description of this Exhibit: LAPD Notes on Ramona McClinton

Number of pages to this Exhibit: 3 pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

1 OF 3

RAMONA MCCLINTON
~~████████████~~ @ 1210 HRS  2/25/10

HAS SON W/ VICT — VICT LIVES @ THIS RESIDENCE
VICT ALSO KNOWN AS SNAP
VICT ARE HOME @ 2130 W/ MERCEDES AND HOG — THEY ALL
PLANNED ON SPENDING THE NIGHT

VICT PHONED @ 0203 AND 0208
ASKED TO BE PICKED UP @ 102/SAN PEDRO WHEN
RAMONA PICKED UP 0208 CALL

VICT STATED TO SLIM " IF THAT'S HOW YOU FEEL, Nigger
TAKE OFF"
 RAMONA PUT PHONE DOWN, THOUGHT HE HAD HUNG UP
SEVERAL MINUTES LATER, REALIZED PHONE CALL WAS STILL ~~ACTIVE~~
ACTIVE — PU PHONE AND HEARD SOMEONE YELL "CALL THE POLICE
HE'S BEEN SHOT."

SAW POLICE VEH'S DRIVING @ HIGH RATE OF SPEED

CALLED HIS MOTHER - SHIRLEY BROWN - LIVES @ ~~████████~~
BUT WAS @ 94/AVALON (FOLLOWED PD FROM 102/SAN PEDRO)

SAW MERCEDES @ 102/S̶ P̶E̶D̶R̶O̶ MAIN  SCREAMING RAMONA'S NAME
VICT'S FATHER 8 LIVES ON 102ND B/O S PEDRO

WENT TO VICT'S MOM'S HOUSE

Holmes-154

Ramona McClinton                                    2 of 3

Hog is Possibly Damond Wilson
Possibly Drove Vict Home earlier w/ Mercedes

Vict Has a Wht Truck - Hog was Driving the
Truck and The Truck is @ Vict's mom's House

Vict Had Urgency in his voice when He called for a
ride Home.

Doesn't Know "Slim"

Vict Left 2 Voice Mails That Ramona Missed - Sounds
Like Vict was Arguing w/ Someone

Damond ——— - early 30's - Tton Neck - Lots of
Prison TT's - Lives in The Area of Slauson and Labrea
                    when Ramona Arrived @ 102/Main
After Shooting - Mercedes was Stating " Fuck That Nigger
Hog- He's A Snitch."

Vict out of Prison Approx 1yr - Hog Started Hanging out
w/ Vict in Sept - Vict and Hog Then Stopped Talking
until 1 week Ago- Started Hanging out Again.

Shown photo of Charles Holmes - looks Familiar But
  Unsure
Shown Photo of Kashawna Wilborn - Unsure if Seen Before
                                                    Female
Could Be Author f from last Night - Stated Her Name was Ka.......

Holmes-155

3 of 3

RAMONA   MCCLINTON

HAS KASHEENA'S #  ~~━━━━━━━~~  - PUT IN  RAMONA'S

PHONE BY KASHEENA

KASHEENA   CALLED   RAMONA

HOG  IS  FROM   UNK GANG   also KNOWN  AS  BOSS HOG

SNAP  IS  FROM  Q102 ECC

SNAP  AND  HOG  DID SOME  PRISON TIME TOGETHER

# EXHIBIT COVER PAGE

S

EXHIBIT

Description of this Exhibit: Photo of the Anoynomous Caller CD

Number of pages to this Exhibit: \_\_\_1\_\_\_ pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury



# EXHIBIT COVER PAGE



T

**EXHIBIT**

Description of this Exhibit: LAPD Notes Refrencing the use of Blood Hounds

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION: (Check only one)

[ ] Municipal Court

[ ] Superior Court

[ ] Appellate Court

[ ] State Supreme Court

[✓] United States District Court

[ ] State Circuit Court

[ ] United States Supreme Court

[ ] Grand Jury

C. BARLING
#25264

OFCR M. PETERS #30256
K9 - 9   LOCATED   WEAPON   IN
STREET.   ~~OFF~~

I (@ 0740 HRS)   RECOVERED   ITEM
(WEAPON).   UNLOADED   IT (1)
EXPENDED   PLUS (5)   LIVE ROUNDS.

K-9   J. SCHWAB #34995
   BLOOD   HOUND
      DOOR   KNOCKED   RESIDENCES
   @   9930, 9932 (ETC) S. AVALON BLVD.
— NO   SUSPECT —,   RESID @ 9930
AVALON   OBS'D   PHOTO & STATED
SUSP   WAS   ~~TEAL~~ DURING AFTERNOON
   HOURS.

M. PETERS   SPOKE   TO   FEMALE   WIT
@ ▓▓▓▓▓▓▓▓▓▓▓▓   STREET, WHO
SEES   SUSP.   FLEE   FROM   VEHICLE.

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: Dispatch Log

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION:   (Check only one)

☐  Municipal Court
☐  Superior Court
☐  Appellate Court
☐  State Supreme Court
☑  United States District Court
☐  State Circuit Court
☐  United States Supreme Court
☐  Grand Jury

```
                                                              PAGE: 000008
                                                         Requested By: BILAL, A-338

NGELES POLICE DEPARTMENT                    I N C I D E N T   R E C A L L              Close
02/26/10    Time: 13:26                                                    P-unit   Date/  Operator
                                          Bldg Apt Callers Name                      Time
                              Address           Callers Address
                              Location          Callers Phone
ident      Time Type  Pri Dispo    BEAT  TEAM/Dist  AREA                       CASTILLO, Y-327
                                                                               CASTILLO, Y-327
                          C4 C6C SUSP IN CUST    Loc: CENTURY/MAIN             EMERSON, A-477
/02/25 07:17 OFFPD/3A31-W3              AS       Loc: CP 103/AVALON            EMERSON, A-477
/02/25 07:18 Stat PD/3A1-W2             AS       Loc: CP 103/AVALON            EMERSON, A-477
/02/25 07:18 Stat PD/13A13-W3           AS       Loc: 103/AVALON               EMERSON, A-477
/02/25 07:18 Stat PD/13A13-W3           AS       Loc: E 93RD ST&AVALON BL      EMERSON, A-477
/02/25 07:18 Stat PD/13L70-W3           AS       Loc: E 93RD ST&AVALON BL  J5  SAVERY, B-562
/02/25 07:18 Stat PD/14A67-W2           AS                                     14A67-W2
/02/25 07:18 Stat PD/14X29-W2           AS                                     MENDOZA, H-197
                          C4 C6C SUSP IN CUST    Inf: A:14  V:87781            MENDOZA, H-197
/02/25 07:20 Unit PD/14A67-W2                                                  DEWYKE, R-505
/02/25 07:20 Stat PD/14A67-W2           UPDATED Onduty Info   Loc: Updated R/Call: /   MENDOZA, H-197
/02/25 07:20 Stat PD/14A67-W2           OFF1 RADIO:                            DEWYKE, R-505
/02/25 07:20 Stat PD/14A67-W2            -CLEAR            DEWYKE, R-505        MENDOZA, H-197
/02/25 07:20 Stat PD/14A67-W2           Officer 2 Changed: PD/30505  MENDOZA, H-197   MENDOZA, H-197
/02/25 07:20 Unit PD/14A67-W2           Officer 1 Changed: PD/38197            MENDOZA, H-197
/02/25 07:20 Unit PD/14A67-W2           OFF2 RADIO:         Inf: A:14  V:87781  14A67-W2
/02/25 07:20 Unit PD/14A67-W2           UPDATED Onduty Info  Odo: 5254.0        BUTLER, A-956
/02/25 07:20 Unit PD/14A67-W2           Mileage Entered     Cap: P TS BB    2M MT      LARA, M-402
/02/25 07:20 Unit PD/14A67-W2           UPDATED Capability              00     LARA, M-402
/02/25 07:20                                                                   UNKNOWN
/02/25 07:20 Unit PD/14A67-W2           UPDATED Capability   Cap: P UP TS SS BB  1M MT  BUTLER, A-956
/02/25 07:21 Stat PD/18A97-W2     FU    Loc: MAIN / 101ST                      BUTLER, A-956
/02/25 07:21 Removed Stacked Inc        Fr: PD/12224-W6                        GUERRERO, D-226
/02/25 07:21 Reassigned Stkd Inc        To: PD/12226-W6                        ESTRADA, M-300
/02/25 07:22 Stacked Inc Ack'd          By: PD/12226-W6                        ESTRADA, M-300
/02/25 07:23 Stat PD/18A97-W2    FU     Loc: MAIN / 101ST                      ESTRADA, M-300
/02/25 07:24 Stat PD/18A97-W2    FU     Loc: MAIN / 101ST                      ESTRADA, M-300
/02/25 07:24 Stat PD/18A97-W2    FA     Loc: E 93RD ST&AVALON BL               TODD, D-935
/02/25 07:25 Stat PD/12226-W6    DS     Loc: E 93RD ST&AVALON BL               TODD, D-935
/02/25 07:25 Stat PD/12226-W6    ER     To: LPD100225000727                    TODD, D-935
/02/25 07:26 Unit PD/12A69-W3    Reassigned   To: PD/12A69-W3                  BUTLER, A-956
/02/25 07:26 Preassigned Event                                      I6         ESTRADA, M-300
/02/25 07:26 SGT TENGEREDES OF SOE REQUESTED 6 OFCRS TO RELIEVE AT THE CP 103RD-AVALON  I6  WATERS, M-002
/02/25 07:26 IN THE MARKET PARKING LOT. 6 OFCRS WERE ASSIGNED 12226-W6,5A15-W2,  I6  LOYA, J-330
/02/25 07:26 5A25-W2, 3A41-W2, 14A67-W2 & 14X29-W2   Loc: MAIN/101ST           LOYA, J-330
/02/25 07:26 Stat PD/18A97-W2    AS     Console: J6   Unit: PD/12A73  W3  J6    SOTO, R-521
/02/25 07:27    Command: UO Operator: PD/N3300   Console: K8   Unit: PD/13A75  W3  K8  FIMBRES, M-581
/02/25 07:28    Command: UO Operator: PD/N3002   Console: 3K   Unit: PD/7A33  W3  3K   COREAS, W-145
/02/25 07:28    Command: UO Operator: PD/N2330   Console: 3K   Unit: PD/14A27  W3  3P  PELLO, D-038
/02/25 07:29    Command: UO Operator: PD/N2330         Loc: PAC STA                   WATERS, M-002
/02/25 07:33 Stat PD/14A27-W3    FU     Loc: CP 103/AVALON          00         WATERS, M-002
/02/25 07:33 Stat PD/1A41-W3     AS     UPDATE Dispo to OCCSN         00        UNKNOWN
/02/25 07:33 IAAssocInc LPD100225000392 UPDATE Dispo to OCCSN                  JURISAGA, J-897
/02/25 07:35 Stacked Incident           To: PD/13A75-W2                        JURISAGA, J-897
/02/25 07:35 Stacked Incident           To: PD/13A1-W2                         SOTO, R-521
/02/25 07:35 Stacked Inc Ack'd          By: PD/13A75-W2                        SOTO, R-521
/02/25 07:35 Stat PD/13A75-W2    DS     Loc: E 93RD ST&AVALON BL
/02/25 07:35 Stat PD/13A75-W2    ER     Loc: E 93RD ST&AVALON BL
/02/25 07:36 Stat PD/14A27-W3    AS     Loc: PAC STA
/02/25 07:36 Stat PD/14A27-W3    CL
```

Holmes-267

# EXHIBIT COVER PAGE

$\sqrt{}$

EXHIBIT

Description of this Exhibit: Photo Of AT Burgers Footage.

Number of pages to this Exhibit: 1 pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury



TA-115993

Holmes-1185

# EXHIBIT COVER PAGE



W
EXHIBIT

Description of this Exhibit: *Affidavit form Nikki H.*

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

I, Nikki Hevesy, am a documentarian. I became acquainted with some of the events surrounding Charles Holmes's case and was in contact with a few of the individuals surrounding these events while filming a documentary we had begun prior to the accusation of murder by Charles Holmes. All of the notes contained herein are not based solely upon memory from today, but based on notes I wrote down over 3 years ago to recall accurately what transpired.

There was picture of a CD/videotape that was turned over for evidence from A & T Burgers on Avalon Blvd. Mr. Holmes told me multiple times over the past 3 years that the tape was never viewed by defense counsel as it required a passcode that the prosecution never gave to the defense counsel.

In 2013, on my own volition, I went in person to the A & T burger stand and left a phone number for the manager and I left a message with one of the servers in charge there requesting that the manager contact me. A few days later, I received a call back and spoke with the manager for at least 30 minutes, describing who I was, and requesting if there was a password for such a tape.

At the time, on the phone, he explained to me where their cameras were located and how they had to frequently replace them. He discussed the challenges of having a hamburger stand in that neighborhood and why they needed to have these surveillance cameras. He told me the cameras they had, did not cover the area where the murder allegedly took place, however it did in actuality, cover the area where the alleged get-away Yukon vehicle drove by.

At that time, the manager told me he recalled both the surveillance tape being requested and the incident surrounding the request. He told me that the tape had the vehicle driving by on it, and in fact was the one to ask me if it was the Yukon scenario. He then went on to discuss that this tape could possibly be blown up to see who was driving the vehicle at that time. I told the manager that the tape had not been viewed by the defense.

I am writing this testimony, because it was recently noted that there was a code on the tape and for that reason was not viewed by the defense. I am quite certain that at the time I spoke with the manager, he said the had seen the tape, that the tape did in fact show the Yukon driving by the hamburger stand and that he was not sure why it wasn't able to be viewed. Based on the testimony the A & T manager told me, this tape seems to have crucial information in depicting who was the driver on the vehicle that is being stated to be a 'getaway' vehicle surrounding the crime.

PROBATION OFFICER PHONE CALL

Another detail that may be important in noting here is that during Charles' Holmes's court trial proceedings: as part of our wanting to get interviews from others surrounding the case who could comment on the situation in the context of gang interventionists, I contacted Mr. Holmes's parole officer. I personally spoke with Charles's parole officer on the phone during the trial proceedings. She told me she had seen Charles two days after the date the court had down the murder occurred, however, she was never subpoenaed to court to testify and she spoke very highly of Charles on the phone. Apparently, this parole officer made a sworn affidavit of the facts she alleges, including a taped interview with someone. I think she said it was an investigating officer the recording was made with, but in both the affidavit and the recorded interview, she noted several pertinent things that would make the prosecuting attorney's accusations impossible

All the above facts stated are true and accurate and being told to the best of my memory and in conjunction with notes I wrote about this much closer to the conviction date.

Date: 3/26/16

Signed: _Nikki Hevesy_

Name:  Nikki Hevesy

Address: 10938 Hortense Street, N. Hollywood, CA 91602
Email/Phone:  NikkiLH@gmail.com,.  310-207-6095            see Attachment

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me
on this __28Th__ day of __March__, 20_16_,
        *Date*      *Month*      *Year*
by
(1)_____ _Nikki Hevesy_ _____
(and (2)_____ ),
          *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

ZHAKLIN MANTIZYAN
Commission # 2030916
Notary Public - California
Los Angeles County
My Comm. Expires Jun 25, 2017

Signature _____
       *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Nikki Hevesy Letter_     Document Date: _3/26/16_
Number of Pages: __1__   Signer(s) Other Than Named Above: _N/A_

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *Investigation Report with Jim Papantonopoulous*

Number of pages to this Exhibit: _2_ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

(888)534-5552          Defense Investigation Group, Inc.          Lic. # 24807 & 16666

# INVESTIGATION REPORT

CASE NAME:     Charles Holmes

ATTORNEY:       Pro Per

INVESTIGATOR:   Robert Royce



---

## WITNESS STATEMENT

Name:     Jim Papantonopoulos
Address:
Phone:

On July 15, 2014, I interviewed Jim Papantonopoulos. I complied with California State law and introduced myself as a Private Investigator. I provided Mr. Papantonopoulos with a business card and I told Mr. Papantonopoulos I work for the defense.

The following is a summary of the statement Mr. Papantonopoulos provided to me:

- Mr. Papantonopoulos states that over the years of operating his restaurant he has provided the police with numerous video recordings from his surveillance system which pertained to various incidents occurring in the vicinity of his business.

- Mr. Papantonopoulos has a very slight memory of the Charles Holmes case.

- Mr. Papantonopoulos recalls providing a detective with a copy of his video surveillance from that particular day and time.

- Mr. Papantonopoulos states his surveillance system is recorded on a proprietary software system which is passcode protected.

- Mr. Papantonopoulos told me this passcode has always been 1234 and that passcode he has always provided to the police when he furnishes them with surveillance video from his security system.

PO Box 86923 Los Angeles, CA 90086

(888)534-5552          Defense Investigation Group, Inc.          Lic. # 24807 & 16666

- Mr. Papantonopoulos never received a visit from anyone representing
  themselves that they were from Mr. Holmes' defense team requesting the
  passcode or any other information.


                        END OF REPORT          CONFIDENTIAL
                                               ATTORNEY WORK PRODUCT


                              - 2 -

                    PO Box 86923 Los Angeles, CA 90086

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *Pg 200 of the Trial Transcript*

Number of pages to this Exhibit: _1_ pages.

JURISDICTION:  (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury



Q    AND YOU TOLD THE DETECTIVE THAT YOU HAD GIVEN THE
POLICE INFORMATION ABOUT SLIM.  YOU DIDN'T TESTIFY AGAINST HIM,
BUT YOU GAVE THE FEDS INFORMATION THAT HE WAS INVOLVED IN GUNS?
DIDN'T YOU TELL THE DETECTIVE THAT?

A    YES, I DID.

Q    AND YOU DESCRIBED THAT SLIM AND YOU HAD BAD BLOOD
WITH EACH OTHER AS A RESULT OF THAT; IS THAT RIGHT?

A    YES.

Q    NOW, YOU WEREN'T AWARE THAT THIS YOUNG MAN WAS IN
LOMPOC STATE PRISON FROM 1998 TO 2009?  YOU DIDN'T KNOW THAT,
DID YOU?

A    NO, SIR.

Q    SO HOW DID YOU TALK TO HIM AT BISCUIT'S IN 2003, WHEN
HE WAS IN A FEDERAL PENITENTIARY AT THAT TIME?  HOW WAS THAT
POSSIBLE, SIR?

A    I WORKED ON SO MANY CASES WITH THE FBI AND THE
REGULAR POLICE, SO IT MIGHT HAVE JUST BEEN -- IT'S JUST A
LOOK-ALIKE.  SOMEBODY THAT LOOKED LIKE HIM.

Q    OH --

THE COURT:  BEFORE I FORGET, FOR THE RECORD, THIS BEING --
YOU'RE REFERRING TO THE DEFENDANT.

Q    BY MR. WHITE:  YOU'RE REFERRING TO MY CLIENT; RIGHT?

A    YES.

Q    SO YOU'RE SAYING THAT THERE IS SOMEBODY ELSE OUT
THERE WHO LOOKS LIKE MY CLIENT WHO IS ALSO NAMED SLIM THAT YOU
MIGHT HAVE BEEN TALKING WITH AT BISCUIT'S?

A    YES.

Q    WHO ALSO HAPPENED TO BE IN THE FIVE NINE EAST COAST



# EXHIBIT COVER PAGE

Z

EXHIBIT

Description of this Exhibit: Minute Order From TAHS993

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

```
                              MINUTE ORDER
              SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 10/30/15

------------------------------------------------------------------------
CASE NO. TA115993

THE PEOPLE OF THE STATE OF CALIFORNIA
                            VS.
DEFENDANT 01:  CHARLES  HOLMES JR

------------------------------------------------------------------------


INFORMATION FILED ON 02/02/11.

COUNT 01: 187(A) PC FEL
COUNT 02: 136.1(A)(1) PC FEL



ON 05/13/15 AT  830 AM  IN SOUTH CENTRAL DISTRICT DEPT SCL

CASE CALLED FOR JUDICIAL ACTION

PARTIES: MICHAEL SHULTZ (JUDGE)  CHANTE WARREN  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

COURT HAS READ AND CONSIDERED THE REQUEST FOR COURT ORDER
DIRECTING RELEASE OF EVIDENCE HELD BY THE COURT, FILED IN THE
LOS ANGELES SUPERIOR COURT ON APRIL 20, 2015.
.
COURT ORDERS REQUEST DENIED.  THE COURT FINDS AS FOLLOWS:
PETITIONER HAS FAILED TO ESTABLISH GOOD CAUSE FOR THE RELEASE OF

EXHIBITS ADMITTED INTO EVIDENCE DURING HIS TRIAL.
.
THE PETITIONER IS FREE TO REVIEW, THROUGH COUNSEL, ANY EXHIBITS
ADMITTED INTO EVIDENCE PROVIDED THE REVIEW IS CONDUCTED IN
ACCORDANCE WITH THE CALIFORNIA RULES OF COURT AND/OR LOCAL
RULES.
.
FOR THE REASONS STATED HEREIN, THE PETITIONER'S REQUEST FOR
RELIEF IS HEREBY DENIED.
.
A COPY OF THIS MINUTE ORDER AND A COPY OF THIS MEMORANDUM IS
SENT UPON THE PETITIONER AND THE DISTRICT ATTORNEY'S OFFICE VIA
UNITED STATES POSTAL SERVICE AS FOLLOWS:
.
CHARLES HOLMES




                                    JUDICIAL ACTION
                   PAGE NO.   1     HEARING DATE: 05/13/15
```

```
CASE NO. TA115993
DEF NO.  01                              DATE PRINTED 10/30/15

CDC# AL-0671
CALIFORNIA STATE PRISON - SAC., C3-109
REPRESA, CALIFORNIA 95671

LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE
ATTENTION:  HABEAS CORPUS LITIGATION TEAM
320 WEST TEMPLE STREET, ROOM 540
LOS ANGELES, CALIFORNIA 90012

LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE
200 WEST COMPTON BOULEVARD, ROOM 700
COMPTON, CALIFORNIA 90020

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

CUSTODY STATUS: ON PROBATION
```

# EXHIBIT COVER PAGE



AA
EXHIBIT

Description of this Exhibit: Page 919 of the Trial Transcript

Number of pages to this Exhibit: 1 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [✓] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

919

1   WHEN YOU HEARD THE NEWS OF THAT; IS THAT TRUE?

2        A      YES.  HIS BABY MOTHER CALLED ME.

3        Q      IF WE CAN BACK UP A LITTLE BIT FROM THAT

4   DATE.  BEFORE THAT DATE, HOW MANY -- WHEN WAS IT THAT

5   YOU BLED INSIDE THE YUKON?

6        A      ABOUT THREE OR FOUR DAYS BEFORE THEN.

7        Q      AND BEFORE THAT TIME?

8        A      ABOUT A COUPLE WEEKS.

9        Q      DID YOU EVER DRIVE THE YUKON YOURSELF?

10       A      NO, SIR.

11       Q      DID YOU EVER TELL SLIM HEY, LET ME TAKE IT

12  FOR A RIDE?

13       A      NO, SIR.  I DON'T DRIVE, SIR.

14       Q      WHY NOT?

15       A      I CAN'T SEE.

16       Q      WHY NOT?

17       A      I'M BLIND IN ONE EYE AND THE OTHER EYE IS

18  GOING DIM.

19       Q      YOU ARE WEARING GLASSES HERE?

20       A      YES, SIR.

21       Q      AND YOU SAY YOU ARE BLIND IN WHAT EYE?

22       A      MY LEFT EYE.

23       MR. AGUILAR:  YOUR HONOR, WITH THE COURT'S

24  PERMISSION, IF HE CAN STAND CLOSER TO THE JURY SO THE

25  JURORS CAN SEE HIS EYE.

26       MR. WHITE:  I'M GOING TO OBJECT TO ANY

27  DEMONSTRATION, IT IS ONE YEAR AFTER THE INCIDENT, THIS

28  HAS NO RELEVANCE AS TO WHAT HIS CONDITION WAS AT THE

# EXHIBIT COVER PAGE

AB

EXHIBIT

Description of this Exhibit: LA County Department of Coroner Evidence Log

Number of pages to this Exhibit: 1 pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☑ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

**EVIDENCE LOG** (side 1 of 2)          **Los Angeles County Department of Coroner**

| CC#: | 2010 - 01374 | Inv. Agency: | LAPD - South Bureau |
|---|---|---|---|
| Decedent: | Thomas Johnny | Tracking #: | 1002250000377 |
| Incoming Mode: | Homicide | Inv. Officer: | Szumbowiak Fonter |
| Final Mode: | Homir | Hold Initiated By: | |

2010 - 01374

COPY
MRS
05-20-2015

| EVIDENCE COLLECTED | | | | RECEIVED INTO EVIDENCE | | | EVIDENCE RELEASED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item Description | By | Date | Time | By | Date | Time | To | Badge# | Agency | By | Date | Time |
| Decedent Clothing (itemized by SVV ) | | | | | | | | | | | | |
| boxors | | | | | | | | | | | | |
| gray sweat pants | | | | | | | | | | | | |
| blue jacket | | | | | | | | | | | | |
| blue jacket | SVV | 02/25/10 | 1015 | | | | | | | | | |
| white socks | | | | | | | | | | | | |
| white boxers | | | | | | | | | | | | |
| white tank | | | | | | | | | | | | |
| white t-shirt | | | | | | | | | | | | |
| Bloodstain Card | SBV | 3-4-10 | 1510 | AR | 3-5-10 | 0855 | | N3947 | LAPD | | 4/22/10 | 1350 |
| Hair Kit | SVV | 2/25/10 | 0715 | | | | | | | | | |
| Fingernail Kit | SVV | 2/25/10 | 0722 | | | | | 35 | 1426 | | | 150 |
| Bullet(s) / envelopes | Knox | 2/26/10 | 1030 | | 2:00 | | SVV | 35 | 1426 | | | |
| GSR Kit # C4043 | Silver | 2/25/10 | 0704 | Editha A. | 2/26/10 | 0935 | MM | 02305 | Coroner | | 4-15-10 | 0915 |
| Medical Evidence # 6 | SVV | 2/25/10 | 0745 | MRS | 3/1/10 | 0830 | DISPOSED ON | | | | | |

CODES:  BPB = Brown Paper Bag   • = Included in Coroner Kit   * = BPG-Clothing = All of the above items have been sealed into a single BPG          □ See back side of this

# EXHIBIT COVER PAGE

AC
EXHIBIT

Description of this Exhibit: LAPD Property Report

Number of pages to this Exhibit: _1_ pages.

JURISDICTION:   (Check only one)

[ ] Municipal Court
[ ] Superior Court
[ ] Appellate Court
[ ] State Supreme Court
[✓] United States District Court
[ ] State Circuit Court
[ ] United States Supreme Court
[ ] Grand Jury

Los Angeles Police Department
**PROPERTY REPORT**

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM.

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO IN THIS CASE COMPLETE ENTIRE REPORT) Thomas, Johnny Ray | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|---|
| 03/09/2010 | 03/09/2010 | | 02/25/2010 |

| RESIDENCE ADDRESS | CHARGE BKD. DR |
|---|---|
| | BKG. # |

| RESIDENCE ADDRESS (SUB. ADDRESS IF VICT. IS BUSINESS) In Care of I/O | VICTIM ☑ EVID. CONT. OF PERP. (IF ARRESTED) Thomas, Johnny Ray | R - ☐  X ☐ |
| | | B - ☐ |

| RESIDENCE ADDRESS | ☐ OWNER OR IF UNKNOWN   ☐ FINDER/POSSESSOR | R - ☐ |
| | | B - ☐ |

| AREA OR CITY, & DATE CRIME OCCUR. SOE  02/25/2010 | TYPE OF PREMISES Sidewalk | DEPT. EMPLOYEE IF BOOKED TO   SERIAL NO.   DIVISION | IF FIREARM, CRT CHECKS: |
| | | | APB ☐ NO ☑   NCIC ☐ YES ☐ NO ☑ |

| IS THIS STOLEN PROPERTY? ☐ YES ☑ NO | PROBABLE CRIME 187(A)PC | | RD. OR CITY IF OUTSIDE |

| IS THIS FOUND PROPERTY? ☐ YES ☑ NO | DATE & TIME FOUND PROPERTY DISCOVERED 03/09/2010  16:00 | LOCATION DISCOVERED: varied | RD. OR CITY IF OUTSIDE |

| INVESTIGATIVE UNIT OSB-CGHD/SOE | | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR IR, DEATH, Same DR# |

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

| ITEM NO. | QUAN. | ARTICLE | | RESULT | SERIAL OR SIZE, REGISTRATION, CALIBER, ETC. IF MULT. ARRESTEE BKG. NAME BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|

Incident #100225000377
The following items 19-21,were recovered on 02/28/10 by Detective Tingirides, Serial No. 35712, from the Los Angeles County Coroner's Office, at the autopsy of Johnny Ray Thomas, by Doctor Knox.

| 19 | 1 | Fingernail Kit | | | from Victim Thomas |
| 20 | 1 | Hair Kit | | | from Victim Thomas |
| 21 | 1 | Lead Bullet | | | from Victim Thomas |

The following items 22-24, were recovered by Detective Szymkowiak, Serial No. 33084, at Piper Tech, during a vehicle search of a 2000 GMC SUV,silver and grey, License # 6EOF990.

| 22 | 1 | Windbreaker | | TACTSQUAD | Size 4XL; Black with the words CHAPTER II CRISIS INTERVENTION SPECIALIST in yellow |
| 23 | 1 | Shirt | | ADIDAS | Size 2XL; Blue and White with gold UCLA logo on front |
| 24 | 4 | Misc Papers | | | "The Tidings" news article on gang intervention |

| Finishing Date Time | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. | WITNESSING OFFICER | | SERIAL NO. |
|---|---|---|---|---|---|
| | DATE | | ISSUED BY JUDGE | | COURT NO. |

| SUPERVISOR APPROVED | SERIAL NO. 30001 | | RV. 34070 | DETAIL | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|
| | | | CGHD | HOMI | X |

| DATE & TIME REPRODUCED | DIVISION | | CLERK | | |

10.01.00 (01/98)

SSN4425