Lonnie L. McDowell   State Bar No. 261214
McDowell & Associates, Attorneys
117 Winston Street, Suite 406
Los Angeles, California 90013
Telephone: 213-401-2322
Facsimile: 213-401-2324
Email: Lonnie@McDowellDefense.com

Counsel for Petitioner
CHARLES HOLMES

## IN THE UNITED STATED DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES JR,**<br>Petitioner,<br><br>vs.<br><br>**JEFF MACOMBER, (Warden (A)), et. al. ;**<br>Respondents. | **Case No.: CV16-0031-MWF (KS)**<br><br>**PETITIONER'S OPPOSSITION TO MOTION TO DISMISS PETITION HABEAS CORPUS AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Hon. Karen L. Stevenson**<br><br>**United States Magistrate Judge** |

# Exhibits

# 1 through 4

# Exhibit Cover Page

# Exhibit 1

**Description of this Exhibit:**
   CDCR Mail Log

**Number of pages of this Exhibit** _____2_____

## MAIL CARD (CDCR FORM 119)
## CSP-SACRAMENTO

NAME:     HOLMES
CDCR #:   AL0671

Printed 07-Jan-2016

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 07/24/2014 | DEFENSE INVESTIGATION INC P.O. BOX 86923 LA CALIF (JB) | | CHATSWOR |
| 07/24/2014 | GREGORY APT ATTY ALTERNATE PUBLIC DEFENDER 9425 PENFIELD AVE # 2500 | ROBERT ROYCE P.O. BOX 86923 LA CALIF (JB) | |
| 07/28/2014 | HEALTH CARE APPEALS P.O. BOX 5001 CALIPATRIA, CA (PH) | | |
| 08/11/2014 | | STEVEN K HAUSER ATTY 1717 4TH ST, SAN MONICA CALIF (JB) | |
| 08/19/2014 | | | |
| 09/08/2014 | VENCENT J OLIVER ATTY 205 S BROADWAY # 608 LA CALIF (JB) | | |
| 10/14/2014 | COMMUNITY LEGAL INFO CENTER 25 MAIN ST # 102 CHICO CALIF (JB) | | |
| 11/05/2014 | COMMUNITY LEGAL INFO CENTER 25 MAIN ST SUITE 102 CHICO, CA (PH) | | |
| 11/17/2014 | SUPERIOR COURT 111 N HILL ST LOS ANGELES, CA (PH) | | |
| 11/17/2014 | ATTY GENERAL DEPT OF JUSTICE 300 S SPRING ST #1702 LOS ANGELES, CA (PH) | | |
| 12/01/2014 | PAUL SEIBERT ATTY 3521 FOXMORE LANE RESCUE CALIF (JB) | | |
| 12/01/2014 | CALIF CORR. HEALTH CARE SERVICES P.O. BOX 588500 ELK GROVE CALIF (JB) | | |
| 12/26/2014 | SUP CRT OF CA CNTY LA EAST DIST 1427 W COVINA PKWY W COVINA CA | | |
| 01/09/2015 | SUPERIOR COURT,SOUTH CENTRAL DISTRICT 200 WEST COMPTON BLVD COMPTON, CA | | |
| 01/09/2015 | DISTRICT ATTY JACKIE LACEY 210 W TEMPLE ST LOS ANGELES, CA | | |
| 01/12/2015 | ATTY JAMES OLIVER 205 S BROADWAY #606 LOS ANGELES, CA | | |
| 01/14/2015 | DISTRICT ATTY 210 W TEMPLE ST LOS ANGELES, CA (PH) | | |
| 01/14/2015 | COURT OF APPEAL 2ND APPELLATE 300 S SPRING ST LOS ANGELES, CA (PH) | | |
| 01/26/2015 | CA INNIC PRJCT JUSTIN BROOKS 225 CEDAR ST SAN DIEGO CA | | |
| 01/30/2015 | NIKKI HEVESY 10938 HORTENSE NORTH HIGHLAND CA 91602 | | |
| 01/30/2015 | NIKKI HEVES 10938 HORTENSE N. HOLLYWOOD CALIF (JB) | | |
| 02/03/2015 | P.O.BOX 3035 SAC CA 95812-3035 | | |
| 02/13/2015 | 200 W. COMPTON BLVD CA 90020 | | |
| 03/19/2015 | | | |
| 03/25/2015 | CALIF GOV CLAIMS DIVISION P.O. BOX 3035 SACTO CALIF (JB) | | |
| 03/30/2015 | SUP CRT OF CA CNTY OF LOS ANGELES 200 WEST COMPTON BLVD COMPTON CA 90220 | | |
| 04/13/2015 | SUPERIOR COURT 210 WEST TEMPLE ST LOS ANGELES, CA | | |
| 04/23/2015 | DIRECTING ATTY 12424 WILSHIRE BLVD SUITE 620 LOS ANGELES, CA | | |
| 05/04/2015 | | | |
| 05/04/2015 | CHRISTA M HOHMANN 12424 WILSHIRE BLVD STE#620 LA CA 90025 | | |
| 05/14/2015 | ATTY CHRISTA HOHMANN 12424 WILSHIRE BLVD SUITE 620 LOS ANGELES, CA 2ND APPEALS DIST. 300 SPRING ST FLR#2 NORTH TIER LA CA 90013-1213 | | |
| 05/18/2015 | SUPERIOR COURT SOUTH CENTRAL 200 W COMPTON BLVD COMPTON, CA | | |
| 06/09/2015 | GOV. CLAIM PROGRAM POB3035 SAC CA 95812-3035 | | |
| 06/25/2015 | CALIF GOV. CLAIMS DIVISION P.O. BOX 3035 SACTO CALIF (JB) | | |
| 07/09/2015 | CLERK CT APPEALS 2ND APPELLATE DIST 300 S. SPRING ST. 2ND FL N. TOWER LA CA LORI WALTER PARALEGAL 1814 S BUNDY AVE # 7 LA CALIF (JB) | | (JB) |
| 07/13/2015 | LORI WALTER PARALEGAL 1814 S. BUNNY DR. LA CALIF (JB) | | |
| 07/21/2015 | LORI WALTER PARALEGAL 1814 S. BUNNY DR. LA CALIF (JB) | | |

**NAME:** HOLMES
**CDCR #:** AL0671

Printed 07-Jan-2016

| DATE | RECEIVED FROM | SENT TO | COMMENTS |
|---|---|---|---|
| 07/21/2015 | | 3RD LEVEL APPEALS HEALTH CARE POB 4038 ,660 # 400 SACTO CALIF (JB) | |
| 07/27/2015 | ATTY CHRISTA HOHMANN 12424 WILSHIRE BLVD SUITE 620 LOS ANGELES, CA | | |
| 07/29/2015 | | CHRISTA M HOHMANN ATTY 12424 WILSHIRE BLVD # 620 LA CALIF (JB)SS | |
| 08/04/2015 | | JACKIE LACE DIST ATTY 210 W TEMPLE ST LA CALFI (JB) | |
| 08/04/2015 | (RTS) 3RD LEVEL APPEALS HEALTH CARE POB 4038 ,660 # 400 SACTO CALIF (JB) | | |
| 08/05/2015 | | HEALTH CARE SERVICES 3RD LEVEL APPEALS POB 588500 ELK GROVE CALIF (JB) | |
| 09/17/2015 | PRISON LAW OFFICE SAN QUENTIN, CA (PH) | | |
| 09/24/2015 | | LAURIE WALTERS CERT PARALEGAL 18145 BUNDY DR #7 LA CA (MC) | |
| 10/05/2015 | DIRECTING ATTY 12424 WILSHIRE BLVD SUITE 620 LOS ANGELES, CA (PH) | | |
| 10/28/2015 | HEALTH CARE SERVICES THIRD LEVEL APPEALS P.O. BOX 588500 ELK GROVE, CA (PH) | | |
| 11/02/2015 | ATTY LAURIE WALTERS 1814 S BUNDY DR #7 LOS ANGELES, CA (PH) | | |
| 11/05/2015 | | ATTY CHRISTA M. HOHMANN 12424 WILSHIRE BLVE # 620 LA CALIF (JB) | |
| 11/23/2015 | CHRISTA M. HOHMANN ATTY POST CONVICTION CENTER 12424 WILSHIRE BLVD # 620 LA | | |
| 11/27/2015 | SUP CRT OF CA CLK OF CRT 350 MCALLISTER ST SAN FRAN CA | | |
| 12/14/2015 | | GOV. CLAIMS PROGRAM POB 3035 SACTO CALIF (JB) | |
| 12/23/2015 | | C. HMANN ATTY 12424 WILSHIRE BLVD # 620 LA CALIF (JB) | |
| 12/24/2015 | GOVERNMENT CLAIMS P.O. BOX 3035 SACTO, CA (PH) | | |

# Exhibit Cover Page

# Exhibit 2

**Description of this Exhibit:**
   **CDCR Form 22**

**Number of pages of this Exhibit _____1_____**

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Holmes | Charles | A10671 | Charles Holmes |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 7 TO 11 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC): |
|---|---|---|---|
| C-3-109 | 7BLK EDU | | TRUST ACCOUNT STATEMENT |

TO

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

I NEED a TRUST statement to PROCESS
In FORMa PAUPERIS in a 2254 WRIT TO FEDERAl COURT,
ATTACHED WITH THIS CDCR 22 FORM is AIOPLICATION
TO PROCEED IN FORMA PAUPERIS BY J PRISONER.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL:  ADDRESSED TO _TRUST OFFICE_     DATE MAILED: 11-30-15

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| J. Leathem | 11/30/15 | J.L | CIRCLE ONE:   YES      NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Trust Office | | CIRCLE ONE:   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. Villa | 1-12-16 | R. Villa | 1-12-16 |

Hello, All the legal papers and a
Certified Trust statement has been
forwarded to Litigation.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy

# Exhibit Cover Page

# Exhibit 3

**Description of this Exhibit:**
    **Receipt for Court Filing Fee**

**Number of pages of this Exhibit _____1_____**

**Filing Fee**



COURTS/USDC CA-C
312 N SPRING ST STE 529
#529
(213) 894-3648

**DEBIT SALE**

MID  00000847186
TID. 005          REF#: 00000470
Bank ID: 1340
Batch #: 020001     RRN: 175424837
01/20/16              14:05:36
APPR CODE: 424837
Trace: 000470
VISA
************8662         Chip

**AMOUNT**        **$5.00**

APPROVED

VISA DEBIT
AID  A0000000031010
TVR: 80 80 00 80 00
TSI: 68 00

CUSTOMER COPY

COURTS/USDC-CA-C
312 N SPRING ST STE 529
#529
(213) 894-3648

**DEBIT SALE**

MID  000000847186
TID. 005          REF#: 00000471
Bank ID: 1340
Batch #: 020001     RRN: 175459204
01/20/16              14:09:34
APPR CODE  459204
Trace: 000471
VISA
************8662         Chip

**AMOUNT**        $23.00

APPROVED

VISA DEBIT
AID: A000000031010
TVR: 80 80 00 80 00
TSI: 68 00

CUSTOMER COPY

**Fee for Record Copy**

# Exhibit Cover Page

## Exhibit 4

**Description of this Exhibit:**
   **Medical Records of Charles Holmes**

**Number of pages of this Exhibit _____12_____**

Exhibit Cover Page

Exhibit 4

Description of this Exhibit:
Medical Records of Charles Holmes

Number of pages of this Exhibit:        12

# OHU PROVIDER PROGRESS NOTE

**Date/Time:** 1/23/14; 3:30PM

**TABE: 5.6**

**Chief complaint:** Follow up after visit with urologist today

**History of present illness:**

Electronic health record and medication list was available and reviewed. Problem list was reviewed.

The patient was seen by the urology specialist Dr. D. Hadley today. He notes no evidence of urinary obstruction and he clamped the nephrostomy tube. He noted noted if any increasing pain or fevers the tube needs to be unclamped. I called him today to discuss this complex case and he further notes that he would like the patient to go back to IR at Loma Linda in about a week to have a repeat anterograde nephrostogram/loopogram. If it indicates good flow IR is to remove the tube. If not, the nephrostomy tube is to be exchanged. He also requests a nuclear medicine scan with lasix washout in about a month and he will see the patient after this study. If the tube is still in it must be clamped for this test.

The patient has no new complaints today. No worsening pain. No fevers. No hematuria.

Please see his note from 11/26/13 for additional information. At that visit the ureteral stent was removed.

**Past Medical History:**

- See problem list

**Medications:** See medication profile

**Allergies: Ibuprofen**

**Review of systems:**

Gen.: No weight loss. No fevers, chills, or night sweats.

HEENT: Negative

Respiratory: Negative

Cardiovascular: Negative

**Institution: CAL Housing:   INF**

**CDC#: AL0671**
**Name: Holmes, C.**
**DOB: 10/15/72**

**D. Hjerpe, Physician and Surgeon**

Confidential Saved 2014-10-22T20:11:23Z

## OHU PROVIDER PROGRESS NOTE

**Date/Time: 1/23/14; 3:30PM**

GI: No nausea/vomiting/diarrhea/constipation. No new abdominal pain.

GU: No dysuria, urgency, or frequency.  No hematuria.  No worsening of his chronic flank pain.

Musculoskeletal: No back pain.  No other joint pain, no decreased range of motion

Neuro: No headaches, lightheadedness, dizziness, syncope, vertigo, tremor

Heme: No easy bruising or bleeding, no swollen glands.

**Physical examination:**

Temperature 98.1, Pulse 104, respiratory rate 18, O2 sat room air 98 %, blood pressure 128/84,

Gen.: No acute distress, alert, nontoxic.

Neck: No masses, no adenopathy, thyroid exam normal

Lungs: Clear to auscultation bilaterally, no retractions no tachypnea.

Cardiovascular: Regular rate and rhythm no gallops, rubs or murmurs.

Abdomen: No organomegaly.  Positive bowel sounds.  No tenderness or guarding.  No CVA tenderness.  Nephrostomy tube is in place, clamped, no surrounding erythema nor discharge.

Musculoskeletal: No vertebral tenderness to palpation.

Neurologic: No focal neurologic deficits

Skin: No pallor or jaundice.  No lesions.  No rashes.

**Imaging:**

12/17/13: CT scan of the abdomen and pelvis with IV contrast "...both kidneys are present with the nephrostomy catheter on the left side and no evidence of renal obstruction or mass.  Mild fatty infiltration of the liver.  Diffuse thickening of the stomach wall which may be due to underdistention."

12/23/13: Nephrostogram Stent Loopogram – "Moderately dilated left renal pelvis and left ureter.  Spontaneous passage of contrast from the renal collecting system into the bladder.  Mild

**Institution: CAL Housing:   INF**                    **CDC#: AL0671**
                                                       **Name: Holmes, C.**
                                                       **DOB: 10/15/72**

**D. Hjerpe, Physician and Surgeon**

Confidential Saved 2014-10-22T20:11:23Z

12/26/2013  12:41    9096517095         HSH RADIOLOGY                    PAGE  02/02

Auth Prov: David Hadley

## Loma Linda University Medical Center EC Diag x-ray
25333 Barton Road, Loma Linda, CA 92354-3450  909-558-6685
### Imaging Result

Name:                          DOB:              Sex:              Diagnosis:
**Holmes, Charles**            10/15/1972        Male              Ureteral stricture, left
MRN: **7108510**
Procedures Performed:          Exam Time:        Reason for        Accession #:
                                                 Exam:
**FL Nephrosto Stent Loopogram**  12/23/2013 8:27 AM  left ureteral  201312231112
**Lt**                                             stricture

EC FL NEPHROSTO STENT LOOPOGRAM LT: 12/23/2013 08:27:00

HISTORY: 41 year old male with left ureteral stricture, status post
percutaneous nephrostomy tube placement.

COMPARISON:  Nephrostomy tube placement 10/29/13.

PROCEDURE: A total of 80 cc Omnipaque contrast was injected through the
left percutaneous nephrostomy tube.  Spot images were obtained of the left
sided renal collecting system and urinary bladder, with the patient prone.
Total fluoroscopy time is 1.9 minutes. Preprocedure scout and
postprocedure overhead PA radiographs were obtained of the abdomen/pelvis.

FINDINGS: Left percutaneous nephrostomy tube coil is within the renal
pelvis. Contrast fills a moderately dilated left renal pelvis. Contrast
spontaneously travels inferiorly within a moderately dilated left ureter.
There is focal contour deformity on the medial aspect of the ureter at the
level of L4-5, however, there is no obstruction of contrast at this level.
There is additional irregularity/outpouching of the ureter at the level of
S1-2, with numerous surgical clips at this level.

Apparent filling defect within the upper pole collecting system is
presumably positional, as in this area shows better filming after the
patient was repositioned and postprocedure overhead images were obtained.

IMPRESSION:

Moderately dilated left renal pelvis and left ureter. Spontaneous passage
of contrast from the renal collecting system into the bladder.

Mild contour deformity of the left ureter at the level of L4-5 and S1-2,
in the region of postsurgical change, without obstruction to the column of
contrast.

DICTATED: SHELTON, ERIC
Electronically SIGNED / Radiologist SHELTON, ERIC on December 23, 2013 at
6:34 PM

Printed 12/26/2013 11:22:43 AM                          Page 1 of 2

STATE OF CALIFORNIA
# INMATE PROPERTY INVENTORY

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| INMATES NAME: | CDC#: | INSTITUTION: | FACILITY: | CELL: | DATE: |
|---|---|---|---|---|---|
| HOLMES | AL0671 | CAL | "C" | 115L | 10-30-2013 |

PROPERTY INVENTORIED BY: S.F. ARIAS    TITLE: C/O
REASON FOR INVENTORY: AD/SEG OTC (OTM) C-STATUS/BMU
TRANSFER TO: VIA: SCHED: DATE:

## HYGENE ITEMS
HAIR: 04 GREASE; 01 SHAMPOO; ___ CONDITIONER; ___ HAIR GEL
POWDER: ___ TALC; ___ FOOT
06 DEODORANT; 11 BARSOAP; 01 SOAP DISH; 01 BODY WASH; ___ CHAPSTICK
LOTION: ___ SUNBLOCK; 02 HAND
RAZOR: ___ DISPOSABLE; ___ SHAVING CREAM; ___ AFTER SHAVE; ___ SHAVE POWDER
___ Q-TIPS; ___ NOXEMA; ___ LAUNDRY SOAP; ___ NAIL CLIPPER; ___ D-CLEANER; ___ FLOSS PICKS
TEETH: (2) TOOTHBRUSHES; 02 PASTE; ___ MOUTHWASH; ___ BRUSH; ___ HOLDER

## FOOD ITEMS
01 BEANS (3) ARMOUR PACKAGES; ___ RICE (1) DRIP AND READY PACKAGE; ___ CEREAL; ___ OAT MEAL; 01 CHIPS; ___ COCOA; 02 COFFEE; 01 CREAMER; ___ SWEETNER
CANDIES: ___ BAGS; ___ VITAMINS
___ CRACKERS; ___ COOKIES; ___ CHEESE SPREAD; ___ INSTANT DRINKS; ___ SODA; ___ TEA BAGS; ___ PACKAGED MEATS; ___ PASTA; ___ BARS
___ PASTRIES; ___ PEANUT BUTTER; ___ PEPPERS; ___ HOT SAUCE; 34 SOUPS; ___ SPICES; ___ MAYONNAISE; ___ NUTS
(1) JALAPENO CHEESE; (1) BAG OATMEAL; (2) SAUSAGES; (2) TORTILLAS; (1) SHEET & COIN; (6) BACK COUNTRY PACKAGES

## PERSONAL PROPERTY
___ ADDRESS BOOK; 02 CUP; ___ TUMBLER; 02 BOWL; ___ FORK; ___ SPOON
___ BATTERIES (SIZE) ___
01 BOOKS/MAGAZINES DICTIONARY; ___ PHOTO ALBUMS; ___ LOOSE PHOTOS; ___ MIRROR
___ SEWING KIT; ___ WALLET; ___ PRAYER RUG; ___ PRAYER OIL
___ PERSONAL PAPERS; ___ LETTERS; X LEGAL MATERIAL
STATIONARY: ___ ENVELOPES; ___ TABLETS; ___ STAMPS; ___ PENS; ___ PENCILS; ___ COLOR PENCILS; ___ PENCIL SHARPENNER
GLASSES: ___ SUN; ___ RX
COMB: ___ AFRO; ___ REGULAR; ___ PALM COMB; ___ BRUSH
CASSETTES & CD'S : 10 EACH: 12 CD'S; ___ CASSETTES; ___ CD CLEANER; ___ CASSETTE CLEANER

## CLOTHING
___ STRAWHAT; ___ HANKERCHEIFS; 03 TANK TOP; 01 THERMAL TOP; ___ SWEAT SHIRT; 03 SHOWER SHOES; 01 TENNIS SHOES
___ BALLCAP; ___ WAVE CAP; 02 T-SHIRT; 01 THERMAL PANTS; ___ SWEAT PANTS; 01 SLIPPERS; ___ SHOELACES
___ WATCHCAP; ___ UNDERSHORTS; 01 ATH SHORTS; ___ RAIN COAT; ___ WASH CLOTH; 02 SOCKS
(1) BEANY; (1) DUE RAG
MAKE: (1) LONG SLEEVE WHITE SHIRT

## GAMES
___ CHESS; X CHECKERS BOARD; ___ DOMINOES; ___ PINOCHLE CARDS; ___ PLAYING CARDS; ___ OTHER

## OTHER ITEMS
A.Z.O.
~~(3) SHOWER SHOES~~
(1) NORELCO BEARD TRIMMER
(1) BAG COTTON SWABS
(1) BOTTLE CLIPPER OIL
PERSONAL AND LEGAL PAPERS
(2) SPICES (5) RANCH DRESSINGS
~~MAIL OUTS~~
(1) BLACK CABLE WIRE

## CONFISCATED & DISPOSED ITEMS

## NON-EXPENDABLE ITEMS
RELIGIOUS MEDALLION & CHAIN: ___ YELLOW METAL; ___ WHITE METAL
WEDDING BAND: ___ YELLOW METAL; ___ WHITE METAL
WATCH: ___ WRIST; ___ POCKET
MAKE: ___ YELLOW METAL; ___ WHITE METAL; ___ PLASTIC

## NON EXPENDABLE ITEMS
AC ADAPTER MAKE: CLEAR TUNES
CALCULATOR MAKE:
BATTERY CHARGER MAKE:
01 HEADPHONES MAKE: KOSS; 01 EAR BUDS SONY
___ AUDIO EXTENSION; ___ AUDIO SPLITTER
READING LAMP ___ ELECTRIC; 02 BATTERY AA DURACELL; MAKE:
HOT POT (01) MAKE: BACK TO BASIC
MUSICAL INSTRUMENT MAKE:
RAZOR ___ ELECTRIC; ___ BATTERY; MAKE:
TRIMMER/CLIPPERS ___ ELECTRIC; ___ BATTERY; MAKE:
RADIO ___ AM/FM; ___ CASSETTE; 01 CD PLAYER SONY; MAKE: SONY; S/N: 6078998
___ RADIO ANTENNA
TELEVISION X COLOR; X TV WORKS; ___ BLACK&WHITE; ___ NOT WORKING; MAKE: RCA; S/N: R1361209K000647
___ TV CABLE; 01 TV SPLITTER STEREN
TYPEWRITER ___ ELECTRICAL; ___ MANUAL; MAKE:
FAN MAKE:

The above listed items constitute all my property:
INMATE SIGNATURE: X [signature] DATE: 10-31-2013

I have received all the above listed personal property or have noted any discrepancies below:
INMATE SIGNATURE: DATE:

RECEIVED IN R&R BY: INSTITUTION DATE:
DISCREPANCIES NOTED:

## LEVEL OF CARE ASSESSMENT PLACEMENT TOOL     TABLE 5.6 NCF

INMATE NAME: __HOLMES, CHARLES__     CDCR No.: __AL0671__
DATE OF BIRTH: __10-15-72__   DATE OF ADMISSION: __5/9/14__   INST: __CAL__
ADMITTING PRIMARY DIAGNOSIS: __Monitoring Nephrostomy__
SECONDARY DIAGNOSIS: _____
STAFF COMPLETING FORM: __J Antunez__     DATE: __5/9/14__

Instruction: Please circle applicable item/s. Use "other" for additional comments.

| A. Feeding/Eating | F. Skin |
|---|---|
| (1.) Feeds self independently | 1. Rashes/open wounds/pressure ulcer |
| 2. Feeds self but requires meal set up |    a. Size _____ |
| 3. Unable to feed self: min/mod/max staff assist |    b. Location _____ |
| 4. Special diet _____ | 2. Special wound treatment _____ |
| 5. Gavage feed/TPN | (3.) Other __Nephrostomy__ |
| 6. Other _____ | |
| **B. Bathing/Grooming** | **G. Medications/Vaccines** |
| (1.) Attends to personal hygiene independently | 1. Psychiatric medications _____ |
| 2. Wash/showers with minimal staff assistance | 2. Keyhea order? _____ |
| 3. Unable to perform: min/mod/max staff assist | 3. Essential meds _____ |
| 4. Requires special equipment for grooming/showering | 4. IV medications _____ |
| 5. Other _____ | 5. Non formulary meds _____ |
| | 6. Last TB Test: _____ Pneumovac: _____ |
| **C. Transferring** | **H. Mental Status / Behavior** |
| (1) Transfers self independently | 1. Oriented X __3__ |
| 2. Transfers with minimal staff assistance | 2. Non responsive |
| 3. Unable to perform: min/mod/max staff assist | 3. Combative/agitated |
| 4. Other _____ | 4. Wanderer |
| | 5. Restraints (reason) _____ |
| | 6. Other __non compliant__ |
| **D. Toileting** | **I. Respiratory** |
| (1.) Uses toilet/bedside commode independently | 1. Trach care – suction q ___ hrs |
| 2. Toilets with min/mod/max staff assist | 2. Nasal cannula |
| 3. Incontinent bowel/bladder, wears diapers | 3. Vent |
| 4. Foley/ostomy care | 4. Blow by |
| 5. Other _____ | 5. Other _____ |
| **E. Ambulation** | **J. CHRONO (please circle applicable item)** |
| (1.) Independent, climbs stairs with or w/out rails | 1. Developmental Disabilities Program (DPP) Chrono |
| 2. Needs device (cane, walker) or staff assistance | 2. Disability Placement Program (DPP) CDCR 1845 |
| 3. Unable to walk but able to wheel self independently | 3. Visual, Hearing, or Speech impairment |
| 4. Unable to walk or wheel self | 4. Comments _____ |
| 5. Other _____ | |

Placement Referral: ( ) HCPOP   ( ) Medical Parole   Other _____
Current Level of Care: (X) OHU   ( ) CTC   ( ) GACH   ( ) SNF
Level of Care Appropriate? (X) Yes)   ( ) No If no, appropriate level: _____
Other Comments: __pt non compliant__

11/29/12

RECEIVED CAL

MAY 1 2 2014

Medical Records
Confidential Sexxxxxx14-10-22T20:11:23Z

## NEUROLOGICAL STATUS

**COMMENTS** 05/8/14 2030

pt refuses OHU RN Admission Assessment. pt educated of the importance of admission assessment. pt still refuses assessment and vital signs. 7225 filled out with two witness signatures because pt refuse to sign refusal. 7225

MMontinez RN

**LEVEL OF CONSCIOUSNESS**
- [x] ALERT
- [ ] CONFUSED
- [ ] HISTORY OF SEIZURES
- [x] ORIENTED
- [ ] SLOW TO RESPOND / COMPREHEND
- [ ] DISORIENTED
- [ ] LETHARGIC

IF PATIENT USES / IF WITH PATIENT

**SENSORY LIMITATIONS**
- [x] NONE NOTED
- [ ] TOUCH
- [ ] SMELL
- [ ] GLASSES
- [ ] TASTE
- [ ] SPEECH
- [ ] SIGHT
- [ ] CONTACT LENSES
- [ ] RIGHT [ ] LEFT
- [ ] HEARING
- [ ] HEARING AID
- [ ] RIGHT [ ] LEFT

**RESPIRATORY**
- [x] NORMAL LIMITS (RATE)
- [ ] COUGH
- [ ] NASAL FLARING
- [ ] ACCESSORY MUSCLES
- [ ] ABNORMAL BREATH SOUNDS
- [ ] TRACHEOSTOMY
- [ ] DYSPNEA
- [ ] SEASONAL BREATHING DIFFICULTIES
- [ ] SECRETIONS
- [ ] ORTHOPNEA
- [ ] OXYGEN

**CARDIOVASCULAR** Refuses
- [ ] REGULAR RHYTHM
- [ ] ABNORMAL PULSES
- [ ] JUGULAR VEIN DISTENTION
- [ ] RATE WITHIN NORMAL LIMITS
- [ ] APICAL / RADIAL / PEDAL
- [ ] CALF TENDERNESS
- [ ] ABNORMAL HEART SOUNDS
- [ ] PACEMAKER
- [ ] OTHER

**ELIMINATION** Refuses

**BLADDER**
- [ ] DENIES PROBLEM
- [ ] NOCTURIA
- [ ] URINARY FREQUENCY
- [ ] BURNING
- [ ] CATHETER:
- [ ] URGENCY
- [ ] DATE PLACED
- [ ] URINARY INCONTINENCE Nephrostomy (L)
- [ ] OTHER

**BOWEL**
- [ ] DENIES PROBLEM
- USUAL BOWEL PATTERN
- LAST BM
- [ ] LAXATIVE USE (LIST UNDER MEDICATION)
- [ ] OTHER AIDS
- [ ] OSTOMY - TYPE

**FUNCTIONAL STATUS (LEVEL OF SELF CARE)**

**MOBILITY LIMITATIONS**
- [x] NO LIMITATIONS
- [ ] WALKING
- [ ] STAIRS
- [ ] TRANSFER
- [ ] STANDING
- [ ] OTHER
- [ ] TURNING IN BED
- [ ] GENERALIZED WEAKNESS

**DEVICES TO AID MOBILITY**
- [x] NONE
- [ ] CANE / CRUTCHES / WALKER
- [ ] ARTIFICIAL LIMBS [ ] R [ ] L
- [ ] BRACE [ ] R [ ] L

IF PATIENT USES / IF WITH PATIENT

**WEAKNESS/PARALYSIS**
- [ ] UPPER EXTREMITY [ ] R [ ] L
- [ ] LOWER EXTREMITY [ ] R [ ] L

**ASSISTANCE REQUIRED** [ ] BATH [ ] HYGIENE / GROOMING [ ] DRESSING [ ] MEALS [ ] OTHER

**SKIN**
- [ ] NORMAL TURGOR, TEMPERATURE & COLOR
- [ ] INTACT, MOIST MUCOUS MEMBRANES
- [ ] EDEMA
- [ ] CYANOTIC
- [ ] DRY
- [ ] FLUSHED
- [ ] DIAPHORETIC
- [ ] PALE
- [ ] JAUNDICED
- [ ] RASH
- [ ] SCALY
- [ ] OTHER

Refuses

**SKIN ASSESSMENT CODE**
- [ ] NO PROBLEM
- B - BRUISES
- D - DECUBITIS
-    GRADE I II III IV (CIRCLE)
- L - LACERATIONS
- S - SCAR
- R - RASH
- A - ABRASIONS
- BU - BURN

**SIGNATURE** MMontinez **RN**

**FACILITY** CAL  **PHYSICIAN** Dr ESTOCK  **ROOM NO.** OHU 2

**CDC NUMBER, NAME (LAST, FIRST, MI)**
AL0671
HOLMES, CHARLES
10-15-72

## ADMISSION ASSESSMENT
CONTINUED FROM REVERSE

CDC 7202 (4/93)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2014-10-22T20:11:23Z

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

1. Barrier Free/Wheelchair Access  P/T _____
2. Ground Floor Cell  P/T _____
3. Continuous Powered Generator  P/T _____

4. Bottom Bunk  (P)/T ✓
5. Single Cell (See 128-C date: _____ )  P/T _____
6. Permanent OHU / CTC (circle one)  (T)  P/T _____
7. Other  OHU 60 Day Admission  P(T) 1/1/14

### B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis  P/T _____
9. Brace  P/T _____
10. Crutches  P/T _____
11. Cane: (type) _____  P/T _____
12. Walker  P/T _____
13. Dressing/Catheter/Colostomy Supplies  P/T _____
14. Shoe: (specify) _____  P/T _____
15. Dialysis Peritoneal  P/T _____

16. Wheelchair: (type) _____  P/T _____
17. Contact Lens(es) & Supplies  P/T _____
18. Hearing Aid  P/T _____
19. Special Garment:
    (specify) _____  P/T _____
20. Rx. Glasses: _____  P/T _____
21. Cotton Bedding  (3)  P/T _____
22. Extra Mattress  P/T _____
23. Other  Nephrostomy Tube & supplies  P(T) 1/1/14

### C. OTHER

None

24. Attendant to assist with meal access  P/T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table  P/T _____

26. Therapeutic Diet: (specify) _____  P/T _____
27. Communication Assistance  P/T _____
28. Transport Vehicle with Lift  P/T _____
29. Short Beard  P/T _____
30. Other _____  P/T _____

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☑ Yes  ☐ No

If yes, specify: _____ 5T Plum work, Confined to OHU

| INSTITUTION CIM | COMPLETED BY (PRINT NAME) D. CISERAE | TITLE Pyss |
|---|---|---|
| SIGNATURE | DATE 10/30/13 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 10/31/13 | AL0671 |
| APPROVED (list the number of items approved) | Calipatria State Prison | Holmes, C. |
| DENIED (list the number of items denied) | NOV 0 1 2013 | OHU-3 |
| | Health Records Inmate Copy | 10/15/72 |

COMPREHENSIVE ACCOMMODATION
CHRONO

Distribution:
Original - Unit Health Record   Canary - Central File   Pink - Correctional Counselor   Gold - Inmate

## OHU DRESSING CHANGE LOG

INMATE/CDCR#_____Holmes, C.     AL06711_____

HOUSING_____9 - OHU_____

WHERE ON BODY ___(L) nephrostomy tobe___

SUPPLIES ___NSS Plush syringe___

QD____ BID ✓____ TID____ PRN____ BIW____ QUD____

WEEKLY: M T W T F SAT/SUN

DATE _6/25/14_ TIME ___08___ NURSE _08_ Patent Plushed.

DATE _6/25/14_ TIME _2000_ NURSE _patent reflux_

DATE _6/26/14_ TIME _12_ NURSE _CY._

DATE _6/27/14_ TIME _2w_ NURSE (_Refused flush_). Refusal done.

DATE _6/28/14_ TIME _2000_ NURSE _M L_ - Plush well, no resistance noted.

DATE _6/28/14_ TIME _0930_ NURSE _M L._ pt refused nephrostomy flush.. pt refused

DATE _6/29/14_ TIME _3w_ NURSE _patent pt refused refusal dn_

DATE _6/30/14_ TIME _1900_ NURSE _[signature]_

DATE _7/1/14_ TIME _2w_ NURSE _[signature]_

DATE _7/1/14_ TIME _2130_ NURSE _[signature]_

| DATE | TIME | NURSE |
|---|---|---|
| 7-4-14 | 0700 | EMM RN |
| 7-4-14 | 1900 | M. Estrada RN. |
| 7-5-14 | 07 | E MM |
| 7-5-14 | 8000 | M. Estrada RN - no resistance |
| 7-6-14 | 08 | patent/flushes |
| 7-6-14 | 2000 | M. Estrada RN |

RECEIVED CAL
JUL 0 9 2014
Medical Records Dept.

Confidential Sexxx 2014-10-22 xxxxxxx 12

M



STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES
PHYSICIAN REQUEST FOR SERVICES

135

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME: Holmes, Charles | CDC NUMBER : AL0671 | INSTITUTION: CSP-SAC |
|---|---|---|
| DATE OF BIRTH: 10/15/1972 | EPRD DATE: NA | GENDER:  M |

| PRINCIPLE DIAGNOSIS: **Congenital Obstr of Uretopelvic Junction** | ICD-9 CODE: | CPT CODE(S): |
|---|---|---|
| REQUESTED SERVICE(S) : Urology Consult | | # OF DAYS RECOMMENDED: |

*Please check all that apply:*   **Consultation X**      **Outpatient X**      Initial/Follow-up

Requested Treatment/Service is:  **EMERGENT**      **URGENT**      **ROUTINE X**      **TELEMED OK: NO**

*For the purpose of retrospective review, if emergent or urgent, please justify:* ___
Proposed Provider: **Urology in UCD or UCSF Medical Center**                 Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer): ___

Medical Necessity (*briefly describe the clinical situation; the history of the illness; treatments used; pertinent labs/imaging studies; or questions for the consultant*):

> **Pt is new arrival.  Hx of congenital obstr of Uretopelvic junction with recurrent UTI.  Failed reconstruction surgeries in child and then in 2011. Failed recent stent placement on 10/29/2013 (in Loma Linda Med Ctr) and 5/10/2014. He still complains of left flank pain and dysuria. He was transferred from Calipatria to here for further urology consult for 2nd opinion.          (Please schedule this patient in 3 weeks, or sooner if possible)**

Estimated time for service delivery, recovery, rehabilitation and follow-up: ___
Summary of preliminary or diagnostic work-up, conservative treatment provided (if applicable, please provide TB code, CD4 count, viral load, albumin, total protein dates within the past 3 months): ___

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ___

| REQUESTING PHYSICIAN PRINTED NAME: J. Ma, M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE: 8/4/14 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE  *Jian Ma, MD* | DATE: 7/28/2014   Utilization Management Tracking # SAC 14115-779285 | |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | NAME: |
| PCP SIGNATURE | DATE | CDC |

Attach Progress Note page for additional information
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DOB:

HOUSING:

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC7243 (Rev. 11/02)

RECEIVED

By_____

ORIGINAL

Date: 8/4/14
Sign:

Rid to consultant
TS/M

UM

Confidential Saved 2014-10-22T21:09:41Z

## OHU PROVIDER PROGRESS NOTE

**Date/Time: 12/26/13; 3:33PM**

**TABE: 5.6**

**Chief complaint:** Routine OHU follow-up and followup after Nephrostogram Stent Loopogram done 12/23/13

**History of present illness:**

Electronic health record and medication list was available and reviewed. Problem list was reviewed. Previous progress note was reviewed.

The patient was seen by the urology specialist Dr. Hadley 11/26/13. At that visit the ureteral stent was removed. At that visit Dr. Hadley recommended a left nephrostogram/loopogram and that has been done. I reviewed the report with the patient today. The patient has been drinking more water and notes that this seems to help keep his urine clear and keep him from having pain in his abdomen/flank. There has been clear urine from the nephrostomy tube.

**Past Medical History:**

- See problem list

**Medications:** See medication profile

**Allergies: Ibuprofen**

**Review of systems:**

Gen.: No weight loss. No fevers, chills, or night sweats.

HEENT: Negative

Respiratory: Negative

Cardiovascular: Negative

GI: No nausea/vomiting/diarrhea/constipation. No abdominal pain.

GU: No dysuria, urgency, or frequency. No hematuria. No flank pain.

Musculoskeletal: No back pain. No other joint pain, no decreased range of motion

**Institution: CAL Housing:   INF**

**CDC#: AL0671**
**Name: Holmes, C.**
**DOB: 10/15/72**

**D. Hjerpe, Physician and Surgeon**

Confidential Saved 2014-10-22T20:22:13Z

## OHU PROVIDER PROGRESS NOTE

**Date/Time: 12/26/13; 3:33PM**

**Assessment and plan:**

Left ureteral stricture with nephrostomy tube in place. We will continue plan of care as outlined by urology. We are awaiting follow up with the urologist to take the next step. I have requested that follow up be arranged as soon as the urologist will see Mr. Holmes.

**Education and prevention:** Plan of care was reviewed including diagnosis, medications, treatments, potential side effects, alternatives. All questions were answered to patient satisfaction. Patient indicated understanding and agreement with treatment plan. There were no barriers to effective communication identified.

**Follow up: Per OHU protocol**

**Institution: CAL Housing:   INF**

**CDC#: AL0671**
**Name: Holmes, C.**
**DOB: 10/15/72**

**D. Hjerpe, Physician and Surgeon**

Confidential Saved 2014-10-22T20:22:13Z

## OHU PROVIDER PROGRESS NOTE

**Date/Time: 1/23/14; 3:30PM**

contour deformity of the left ureter at the level of L4-5 and S1-2, in the region of postsurgical change, without obstruction to the column of contrast."

**Labs:** 12/12/13 nonfasting CMP within normal limits; CBC within normal limits except hemoglobin 12.2; 12/13/13 stool studies negative.

**Assessment and plan:**

Left ureteral stricture with nephrostomy tube in place. We will continue plan of care as outlined by urology. Tube clamped by urology and will monitor patient for increasing pain/fevers. If increasing pain nephrostomy tube will be unclamped. I have submitted a referral for repeat repeat anterograde nephrostogram/loopogram. If it indicates good flow IR is to remove the tube. If not, the nephrostomy tube is to be exchanged. I have also submitted a referral for a nuclear medicine scan with lasix washout in about a month and Dr. Hadley will see the patient after this study.

I called the Nurse Coordinator, K. Henry at Loma Linda Radiology x 2 and left my call back number to discuss the above recommendations. I also left the recommendations on her voice mail.

**Education and prevention:** Plan of care was reviewed including diagnosis, medications, treatments, potential side effects, alternatives. All questions were answered to patient satisfaction. Patient indicated understanding and agreement with treatment plan. There were no barriers to effective communication identified.

**Follow up: Per OHU protocol**

**Institution: CAL Housing:   INF**

**CDC#: AL0671**
**Name: Holmes, C.**
**DOB: 10/15/72**

**D. Hjerpe, Physician and Surgeon**

Confidential Saved 2014-10-22T20:11:23Z