Lonnie L. McDowell (SBN 261214)
McDowell & Associates, Attorneys
117 Winston Street, Suite 406
Los Angeles, California 90013
Telephone: 213-401-2324
Facsimile: 213-401-2324
Email: Lonnie@McDowellDefense.com

Counsel for Petitioner
**CHARLES HOLMES, JR.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES JR,** <br> Petitioner, <br><br><br> vs. <br><br> **Jeff Macomber, (Warden (A)), et. al.;** <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Case No.: CV16-311-MWF (KS)**

**PETITIONER'S EXHIBITS TO OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (COA) AND MEMORANDUM OF POINTS AND AUTHORITIES**

**Hon. Karen L. Stevenson**

**United States Magistrate Judge**

# EXHIBITS

# 1 THROUGH 4

# Exhibit Cover Page

# Exhibit 1

**Description of this Exhibit**

   Medical Progress Notes dated 7/15/2015 by Marshall L. Stoller, MD.

**Number of pages of this exhibit    2**

| Progress Notes | A L 0671 | | Charles Holmes (MR# 57137088) |

**Progress Notes Info**

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Marshall L. Stoller, MD | Signed | Marshall L. Stoller, MD | 7/15/2015 10:26 AM |

**Progress Notes**

History of Present Illness: It was a pleasure seeing Charles Holmes back for follow up in the Urology Faculty Practice today. As you know, Charles Holmes is a 42 y.o. male who we have been following for recurrent UTI, severe hydroureteronephrosis with >150mL retained urine, severe megaureter, and reflux to left system based on cystogram/retrogrades 10/2014. Renogram on 10/2014 showed split function 62% on the left with obstruction.

He has a complex urologic history and has had multiple surgeries on the left side. At first in when he was 12 he has a reimplant, and in 2013 he had a implant with a hitch at USC, which failed. He was then sent to loma linda for stent placement, which failed, so he had a PNT. Currently he does not have any tubes as per patient.

We last saw him in 10/2014 and recommended double voiding to improve his voiding status.

Since that time the patient reports that he is voiding regularly. He feels he is emptying ok.

Outside written records from 7/7/2015 U/S show PVR 166 and voided 186, L kidney parenchyma relatively thin, severe hydroureteronephrosis with a ureteral jet distally.

Since our last visit, Charles has been he had an infection in June and was given Augmentin. He thinks he may have an infection but recent UA negative.

The patient's past medical, surgical, medication, allergy, family, and social histories were reviewed and noncontributory to this illness/condition except as noted below:

The patient's past medical history is notable for:
No past medical history on file.

The patient's past surgical history is notable for:
No past surgical history on file.

The patient is currently taking the following medications:
**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cephALEXin (KEFLEX) 250 mg capsule | Take 250 mg by mouth 4 (four) times daily. | | |
| • methadone (DOLOPHINE) 10 mg tablet | Take 7.5 mg by mouth 2 (two) times daily. | | |

No current facility-administered medications for this visit.

The patient is allergic to:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Motrin [Ibuprofen] | |

The patient's past family history is notable for:
No family history on file.

2015 JUL 16 AM 10 45

<div align="right">

**Review**
Complete On: 7/15/2015 By: **Marshall L.**
**Stoller, MD**

</div>

**Allergies as of 7/15/2015**

| Allergen | Noted | Type | Reactions |
|---|---|---|---|
| **Motrin [Ibuprofen]** | 09/17/2014 | | |

**Medications at End of Encounter**

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cephALEXin (KEFLEX) 250 mg capsule  (Taking)** | | | | |
| Sig - Route: Take 250 mg by mouth 4 (four) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **methadone (DOLOPHINE) 10 mg tablet  (Taking)** | | | | |
| Sig - Route: Take 7.5 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

**cephALEXin (KEFLEX) 250 mg capsule  (Taking)**
**methadone (DOLOPHINE) 10 mg tablet  (Taking)**

**Immunizations as of 7/15/2015**                                          Never Reviewed
No immunizations on file.

2015 JUL 16 AM 10 45

Holmes, Charles (MR # 57137088) Printed by Marshall L. Stoller, MD [5662] at 7/15/2015 10:09 T3F 07:28Z    Confidential Says ...    Page 1 of 1

# Exhibit Cover Page

# Exhibit 2

**Description of this Exhibit**
   Medical Progress Notes dated 5/28/2014 by David Alan Hadley, MD.

**Number of pages of this exhibit    2**

Holmes, Charles (MR # 7108510)                                                    Encounter Date: 05/27/2014

## Progress Notes                                                      Charles Holmes (MR# 7108510)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| David Alan Hadley, MD | Addendum | David Alan Hadley, MD | 5/28/2014 1:57 PM |

### Progress Notes

**Subjective:**

**Patient ID:** Charles Holmes is a 41 y.o. male.

HPI
CC:
Left ureteral stricture

05/27/14 - Here for evaluation. Still with pain (not currently). He still feels pain is associated with "infections". 90% of urine from nephrostomy. Still anxious to have interventions to resolve his pain.

04/15/14 - Here for further evaluation. Having recurrent "infections" since surgery. Currently on antibiotics. No real improvement in symptoms. Symptoms are mainly left flank pain and some mild dysuria, possibly related to stent. No N/V/F/C. Otherwise has recovered since surgery. **Cystoscopy with stent removal.** Whitaker test ordered. PVR ordered.
03/20/14 - **Ureteroscopy** - wide open ureter. **Stent placed.** NMS scan ordered.
02/13/14 - Stent removed after tolerating clamping trials. Unfortunately pain almost immediately returned. No N/V/F/C.
01/23/14 - No issues with nephrostomy. No N/V/F/C. Here for Nephrostogram results. NMS ordered.
11/26/13 - Left PCN in place, no issues. Here for stent removal. Antegrade nephrostogram ordered.
10/17/13 - Referred by Dr. Rawstein for tertiary care of left ureteral stricture. He does not know any etiologies. He underwent surgery at 12 y/o for the first time for apparently this reason. He then underwent a 2nd surgery at USC in 2011 for the same reason. He is unaware what they did other then operating on the ureter and the incision was midline and below the umbilicus. He has a stent in place with minimal to no pain. No hematuria/dysuria/UTI symptoms. PCN ordered and cysto with stent removal.
Dr. Rawstein's notes: Left stent placed for hydronephrosis and retrogrades showed stricture. Surgery at USC was psoas hitch with reimplant. Thought ileal ureter would likely be necessary given the location of the stricture

Review of Systems

**Objective:**
Physical Exam
Vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-nourished.
HENT:
Head: Atraumatic.
Eyes: Conjunctivae are normal.
Neck: No tracheal deviation present.
Pulmonary/Chest: No respiratory distress.
Abdominal: There is no guarding.
Neurological: He is oriented to person, place, and time.
Skin: Skin is warm. He is not diaphoretic.
Psychiatric: He has a normal mood and affect. Judgment normal.

Ir Whitaker Test - Lt

5/9/2014  IMPRESSION:   1.  The pressure gradient measurements in the right renal pelvis and the urinary bladder demonstrate moderate-to-high degree of left ureteric obstruction.  2.  The fluoroscopic

Holmes, Charles (MR # 7108510)                    Encounter Date: 05/27/2014

Images demonstrate high grade stricture near the surgical site of the distal left ureter. 3. Successful placement of 8.5 French left percutaneous nephrostomy tube.
Images reviewed: questionable distal stricture. Contrast does enter the bladder.

**Results for orders placed in visit on 05/27/14**
**POCT POST VOID RESIDUAL (CLINIC)**

| Result | Value | Range |
|---|---|---|
| Post Void Residual | 0 ml | |

**Assessment:**

| Diagnosis | ICD-9-CM | Plan |
|---|---|---|
| 1. Hydronephrosis | 591 | POCT Post Void residual (Clinic) |
| | | CANCELED: FL Retrograde Urethrogram |
| 2. Left flank pain | 789.00 | POCT Post Void residual (Clinic) |
| | | CANCELED: FL Retrograde Urethrogram |
| 3. UTI (lower urinary tract infection) | 599.0 | POCT Post Void residual (Clinic) |

**Plan:**

1. Severe/Chronic. 90% of urine from nephrostomy suggesting reflux.
2. Unclear etiology. Ureter open but possibly "kinking" obstruction. Recommend VCUG. Will follow up results by phone to his PCP.
3. Unclear if this is bacteruria or if related to pain. Will continue to observe

ADDENDUM:
VCUG - shows grade 4 reflux. No evidence of obstruction.
Patients only complaint is pain and only test that suggests obstruction is the Whitaker test (which was unfortunately infused at too high of rate).
I discussed the case with Dr. Kim up at the facility. I am uncomfortable offering the patient any type of reconstruction as it is unclear where is pain is arising from. I have recommended a 2nd opinion (they also contract with UCSD). Will continue nephrostomy until he can consult with them. RTC pm.

Links
Previous Version

# Exhibit Cover Page

# Exhibit 3

## Description of this Exhibit

Discharge Summary from Loma Linda University
With notes from CDCR.

## Number of pages of this exhibit    11



**MC PERIOP SERVICES**
11234 Anderson Street 8300
Loma Linda CA 92354-2804
909-558-4000

LOMA LINDA UNIVERSITY
HEALTH SYSTEM

**Charles Holmes**
5/9/2014 10:30 AM   Hospital Encounter

Description: 41 year old male
Provider: Mc Siemens Polystar
Department: MC Angio/Interventional Rad

## Discharge Summary

5/9/2014 Admission                              Charles Holmes

### Problem List as of 5/9/2014

ICD-9-CM
Ureter obstruction
Swollen kidney
Left flank pain

### Admission Information

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 5/9/2014 | David Alan Hadley, MD | Mc Periop Services | 909-558-4000 |

### Allergies as of 5/9/2014

Motrin (Ibuprofen)

### Immunizations Administered for This Admission

None

## Discharge Medications

### Your medication list

**ASK your doctor about these medications**

| | Instructions | Last Dose Given | Next Dose Due |
|---|---|---|---|

**acetaminophen-codeine 300-30 mg per tablet**
Take 1 tablet by mouth every 4 (four) hours as needed.
Commonly known as: TYLENOL #3

RECEIVED CAL

MAY 13 2014

Medical Records Dept.

**amoxicillin-clavulanate 875-125 mg per tablet**
Take 1 tablet by mouth 2 (two) times daily.
Commonly known as: AUGMENTIN

**doxazosin 2 MG tablet**
Take 2 mg by mouth 2 (two) times daily.
Commonly known as: CARDURA

| DATE | TIME | |
|---|---|---|
| | | *OHU Note* |
| 11-26-13 | 1454 | eUHR unavailable, MR Reviewed |
| | | 41 oᵐ with congenital left kidney anomaly |
| | | with current (2) Nephrostomy tube seen by Loma Linda |
| | | Urology today. Some pain as pt had stent removed today. |
| | | ∅ N/V/∅ pain/chills. |
| | | |
| | | |
| | | 978    82      18      98⁰      124/77 |
| | | N/A |
| | | RRR �fmrg |
| | | (A)CTA |
| | | (A)BS, NT, ND, soft |
| | | Nephrostomy site clean, ∅ erythema, Normal urine color in tube draining |
| | | (A) |
| | | ① (L) Nephrostomy tube: (L) urethral stent removed today. |
| | | Spoke with Dr. Hadley urology. Keep tube to drainage ∅ Flushing. |
| | | Order Loopogram (L) kidney. D/W Mr. Holmes since he still has |
| | | the Nephrostomy tube, he still is draining his (L) kidney, if anything |
| | | happens to the tube, his chance of kidney infcn ↑ greatly. |
| | | Pt agreeable to stay in OHU. Medically we are protecting his left |
| | | kidney with the ability to drain. If has s/s sepsis, can start |
| | | Abx 2⁰ he is colonized c̄ e.coli currently in his tube (see |
| | | previous OHU note) |

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | AL 0671 |
| | | Holmes, Charles |
| | | 10-15-72 |

| DATE | TIME | | | | |
|------|------|---|---|---|---|
| 12/5/13 | | | | | |

**1. Disability Code:**
- ☐ TABE Score ≤ 4.0
- ☐ DPH   ☐ DPV   ☐ LD
- ☐ DPS   ☐ DNH
- ☐ DNS   ☐ DDP
- ☑ None

**2. Accommodation:**
- ☐ Additional Time
- ☐ Equipment   ☐ SLI
- ☐ Louder   ☐ Slower
- ☐ Basic   ☐ Transcribe
- ☐ Other*

**3. Effective Communication:**
- ☐ P/I Asked Questions
- ☐ P/I Summed Information
- Please Check One:
- ☐ Not Reached*   ☐ Reached

*See Chrono/Notes

FSP441-0040 (Rev. 1/12)

* 1st Watch  G Dagdag RN
* 2nd Watch  C. Miranda
*3rd Watch

**4. Comments:** _____

| | * | Initial to verify that Effective Communication was reviewed by Medical Staff per watch |
|---|---|---|

| DATE | TIME | |
|------|------|---|
| 12/5/13 | 2W | Report regarding I/P's c/o discomfort @ the site of nephrostomy tube as well as general area around the (L) flank. Ø swelling, redness or drainage noted around site. Disinfected site c̄ iodine, re-secured c̄ gauze & Tegaderm. Chevron taping to secure tube in place as well. Urine flow appears normal. Ø clots or sediment noted in tube. Reminded I/P to report clogging of tube. C. Miranda |

| INSTITUTION CAL-SP | HOUSING UNIT  OHU # 4 | CDC NUMBER, NAME (Last, First, MI) AND DATE OF BIRTH |
|---|---|---|

Holmes, Charles
AL0671        Age 41
              TABE
              5.6

10/15/72

**NURSING CARE RECORD**

CDC 7212 (Rev 2013)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Confidential Saved 2015-10-09T17:57:36Z

| DATE | TIME | | |
|---|---|---|---|

**G. Noden, RN CAL**

1. Disability Code:
☐ TABE Score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP
☐ None

2. Accommodation:
☐ Additional Time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other*

3. Effective Communication:
☐ P/I Asked Questions
☐ P/I Summed Information
Please Check One:
☐ Not Reached* ☐ Reached
*See Chrono/Notes

4. Comments:

* 1st Watch
* 2nd Watch  C. Miranda
*3rd Watch

FSP441-0040 (Rev. 1/12)

\* Initial to verify that Effective Communication was reviewed by Medical Staff per watch

| DATE | TIME | Notes |
|---|---|---|
| 12-16-13 | 2210 | P/I sleeping. NAD Noted — C. Noden w |
| " | 0040 | P/I awoken C/o pain (L) flank area. Requesting pain meds 7/w - T#3 given per orders — C. Noden |
| 12/17/13 | 0850 | Seen by Dr. Karan. Will re-dress Nephrostomy site p̄ shower. Ø signs of infection @ site. Noted sediment in tubing. Awaiting new bags from Loma Linda. Latest labs show Ø signs of infection in blood. POC will contact Urologist to discuss plan of care. Ø change in pain med Rx @ this time. —— C. Miranda |
| 12/17/13 | 1130 | Replaced Nephrostomy Bag. Cleaned junction c̄ alcohol. Used aseptic technique. Urine noted as draining per gravity s̄ difficulty. Secured c̄ new leg bands. — C. Miranda |
| 12/17/13 | 1145 | Transportation here for urgent CT-scan to PMH (r/o obstruction). Released to custody ambulatory + in stable condition. Nephrostomy bag remains s̄ problem. — C. Miranda |

| INSTITUTION CAL-SP | HOUSING UNIT  **OHU # 4** | CDC NUMBER, NAME (Last, First, MI) AND DATE OF BIRTH |
|---|---|---|

**NURSING CARE RECORD**

**HOLMES, CHARLES**
**AL0671**

CDC 7212 (Rev 2013)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2015-10-09T17:57:36Z

| Date | Time | PROVIDER ON CALL: TELEPHONE NOTE |
|------|------|-----------------------------------|
| 12/17/13 | 1713 | **S:** Information per TTA RN          (Name of RN: _Lauren_) |
| | | Pt sent to CMH for abd CT - c/o abd pain x 4 day - return from CMH - negative work-up |
| | | **Significant PMH:** s/p Nephrostomy |
| | | **Med Profile Reviewed with RN:** (Yes)   No |
| | | **Allergies:** NKDA |
| | | **Reported Vitals:** T _____ P _____ R _VSS_ BP _____ O2 SAT _____ |
| CT abd. Normal | | Weight: _____ Height: _____ |
| | | TABE: _see RN Note s-b_ |
| | | **Physical findings reported by TTA RN to on call provider**   (Patient not seen by on call provider) |
| | | CV : RRR |
| | | Lung : CTA |
| | | Abd : N/T soft, non-distended |
| | | - w/ Nephrostomy - tube intact |
| | | **A:** Abd pain unknown etiology |
| | | **P:** - readmit to OMV |
| | | - resume prev. Meds |
| | | - PCP F/u AM |
| | | **MD/DO//PA/NP Signature:** _____  **Print Name:** Peter P+C |
| INSTITUTION CAL-SP | HOUSING UNIT OMV B | **CDC NUMBER, NAME (LAST FIRST) DATE OF BIRTH** |

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

PROVIDER ON CALL TELEPHONE NOTE

Name: Holmes, Charles
CDC# Ah0671
DOB: 10/15/72   AGE: 41

CDC 7230 (Rev 11/13)          State of California Department of Corrections

Confidential Saved 2015-10-09T17:57:36Z

| DATE | TIME | MEDICAL RETURN PROGRESS NOTE |
|---|---|---|
| 3/5/14 | 1545 | **Back from: Specialty Provider/Hospital:** Dr Hockly w/Del |
| | | Specialty Consult/Procedure: Pre OP Anesthesia visit @ anesthesia |
| | | **RFS:** (Y) / N   NA    Other documentation from Hospital/Provider: (Y) / N   NA |
| | | **\*\*If paperwork did not follow P/I notify the area SRN and follow up with the sending facility to obtain\*\*** |
| | | **FTF FOCUSED ASSESSMENT:** T 97.5  P 68  R 18  B/P 117/81  SP02 99% |
| | | |
| | | |
| | | |
| | | |
| | | **Discharge Plan/Provider Recommendations:** Reviewed with POC? Y / N   N/A |
| | | **MEDS ORDERED BY POC?** Y / N (N/A)   If yes, was the first dose administered in the TTA? Y / N   N/A   MAR & ORDER SENT to yard for DOT issue? Y / N   N/A |
| | | **MED (S) ADMINISTERED:** NA |
| | | Med                    Dose          Route            Frequency |
| | | Med                    Dose          Route            Frequency |
| | | **PLAN:** *Urgent RFS follow ups must be seen within 3 days and will be scheduled by the TTA RN* **\*\*\*\*Returns from *unscheduled* ER/hospital visits must be seen within 5 days by the PCP & scheduled by the yard OT\*\* \*\*Routine RFS must be seen within 14 days & scheduled by yard OT\*\*** |
| | | ☐ D/C ORDERED from ROUTINE RFS Referral: |
| | | **Follow up with PCP no later than:** 14 days Days &/or RN 0 Days. |
| | | ☐ D/C from UNSCHEDULED ER VISIT/Hospital Stay: |
| | | **Follow up with PCP no later than:** 0 Days &/or RN 0 Days. |
| | | ☐ D/C from URGENT RFS Referral: |
| | | **Follow up with PCP no later than:** 0 Days &/or RN 0 Days. |
| | | **OTHER:** Next F/U with: Per protocol |
| | | **POC Order obtained for:** N/A☒ MCC ☐ CTQ ☐ LOW TIER☐ LOW BUNK☐ LAY-IN ☐ ____ Days ICE ☐ CRUTCHES ☐ OTHER ☐ |
| | | **EDUCATION:** 7362 PROCESS☒ FOLLOW UP PLAN☒ MEDS ☐ D/C PLAN ☐ MED APPLIANCE ☐ AFTER CARE INSTRUCTIONS ☐ P/I VERBALIZED UNDERSTANDING☒ |
| | | **DISPOSITION:** Housing is APPROPRIATE for the CLINICAL CONDITION (Y)/N **\*\*If the housing is not appropriate for clinical condition, consult with the POC & correct immediately\*\*** RELEASED TO: A5 ☐ ASU ☐ GP☒ OHU☐ SNY ☐ IN STABLE CONDITION ☒ **\*\*A 7219 & MH-7are Required for all NEW A5 / ASU HOUSING Placements\*\*FAX MH-7 to 4674** |
| | | **COMMENTS:** |
| | | Effective Communication met? (Y) N |
| | | **RETURN TO CUSTODY:** 1600    RN PRINTED NAME: Nunez |
| | | RN SIGNATURE: ____ RN |

| Institution | CAL | Housing Unit          C5-145 | CDC NUMBER, NAME (LAST, FIRST) MI AND DATE OF BIRTH |
|---|---|---|---|
| **1. Disability Code:**<br>☐ TABE score ≤ 4.0<br>☐ DPH ☐ DPV ☐ LD<br>☐ DPS ☐ DNH<br>☐ DNS ☐ DDP | | **2. Accommodation:**<br>☒ Additional time<br>☐ Equipment ☐ SLI<br>☐ Louder ☐ Slower<br>☒ Basic ☐ Transcribe<br>☐ Other* ☐ None Needed | **3. Effective Communication:**<br>☒ P/I asked questions<br>☒ P/I summed information<br>Please check one:<br>☐ Not reached* ☒ Reached<br>* See chrono/notes | Name: Charles Holmes |
| **4. Comments:** ☒ Tabe: 5.6<br>☒ No documented disability | | Allergies:<br>Ibuprofen | | CDC# AL0671 |
| **INTERDISCIPLINARY PROGRESS NOTES** | | | DOB: 10/15/72   Age: 41 |

CDC 7230 –CAL- MRPN (Rev 2/27/13)
STATE OF CALIFORNIA                              DEPARTMENT OF CORRECTIONS

Original: Medical Records

Confidential Saved 2015-10-09T17:57:36Z

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**

FEB 1 4 2014

(To be completed by requesting Physician and forwarded to Utilization Management) CALI UM RN MEDICAL

| PATIENT NAME Holmes, C | CDC NUMBER AL0671 | INSTITUTION CAL |
|---|---|---|

| DATE OF BIRTH 10/15/72 | EPRD DATE (L) | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS (L) uretral stricture | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICES open flto Reconstructive Surgery | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**    (URGENT)    (ROUTINE)    Per Loma Linda Dr Hadley Jr

*For the purpose of retrospective review, if emergent or urgent, please justify:*

Proposed Provider: Dr Hadley                    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): See Consult From Loma Linda urologist 2/4/13
See my progress note from today, and Dr Hays
See OHU PLP Note 2/10/14 _____ from 2/3/14

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME OHIJERMZ, MD | (APPROVED) AUTHORIZED / DENIED / DEFERRED BY Mephrstz | DATE 2/14/14 |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE 2/14/14 | Utilization management tracking #: CAL 13/14 - 680346 |
|---|---|---|

| DATE OF CONSULTATION 3-14-14 1130 | PRINTED NAME OF CONSULTANT Dr Hadley Loma Linda Hosp |
|---|---|

RFS 3-20-14 1100

FINDINGS: - No stricture identified in Left ureter, open revision Not (AS) currently indicated
Cystoscopy, diagnostic ureteroscopy + JJ stent placement w/ No string.

RECOMMENDATIONS: - F/U in April @ FMO Urology w/ David Hadley. Lasix Washout Renogram
Must be completed @ LLU in AM Prior to appt.
- D/C to facility, resume home meds, resume activity, except expect blood in urine (AS)

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: See above. F/U in April

| CONSULTANT SIGNATURE | DATE 3-20-14 1400 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 3/20/14 | AL0671        CS-145L |
| PCP SIGNATURE OHIJERMZ | DATE 3/4/14 | Holmes, C. |

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

Attach Progress Note page for additional information.

Offsite Record 2-14-14

DISTRIBUTION:
ORIGINAL  - FILE IN UHR
GREEN     - TO UHR PENDING ORIGINAL
CANARY    - CONSULTANT
PINK      - UM
GOLD      - SPECIALTY SCHEDULER

10/15/72

MR # 7108510

**PHYSICIAN REQUEST FOR SERVICES (RFS)**        CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

FEB 1 4 2014

CAL UM RN MEDICAL

| PATIENT NAME | Holmes, Charles | CDC NUMBER | AL0671 | INSTITUTION | CAC |

DATE OF BIRTH 10/15/72    EPRD DATE    GENDER

PRINCIPLE DIAGNOSIS (L) ureteral stricture    ICD-9 CODE    CPT CODE(S)

REQUESTED SERVICE(S) Open Reconstructive Surgery    # OF DAYS RECOMMENDED

Please circle all that apply: Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    ROUTINE    Per Loma Linda Dr Hadley

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: Dr Hadley    Anticipated Length of Stay:

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer):

Medical Necessity: See consult from Loma Linda urologist 2/14/13. See my progress note from today, and Dr Wu's. See other PCP note 2/10/14. from 2/7/14

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up:

Comments:

REQUESTING PHYSICIAN PRINTED NAME: OHJEBRO, MD    APPROVED    AUTHORIZED / DENIED / DEFERRED BY Nephrol    DATE 2/14/14

REQUESTING PHYSICIAN SIGNATURE    DATE 2/14/14    Utilization management tracking #: CAL 13/14-680346

DATE OF CONSULTATION 3-14-14 1130    PRINTED NAME OF CONSULTANT Dr Hadley    Office Loma Linda Hosp
RIG 3-14-14 1130
POST-op F/U 4-15-14 1430
FINDINGS: 3-20-14 1130

RECEIVED CAL
APR 17 2014
Medical Records Dept.

RECOMMENDATIONS: Stent Removed Need kidney Whitaker test on the Left

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: RTC after Whitaker test

CONSULTANT SIGNATURE    DATE 4/15/14
ETA RN SIGNATURE    DATE 4-15-14
PCP SIGNATURE    DATE 4/16/14

CDC NUMBER, NAME, DOB: AL0671 CS-145L Holmes, C. 10/15/72 MR# 7108510

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

Offsite received 2-14-14

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

Confidential Saved 2015-10-09T20:28:52Z

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

*Pre-op reports - lab, EKG, CXR*

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

FEB 2 1 2014

CAL-UM RN MEDICAL

| PATIENT NAME Holmes, C | CDC NUMBER AL0671 | INSTITUTION CAL |
|---|---|---|
| DATE OF BIRTH 10/15/72 | EPRD DATE | GENDER |

PRINCIPLE DIAGNOSIS (L) ureteral obstruction    ICD - 9 CODE    CPT CODE(S)

REQUESTED SERVICE(S) Pre-op visit Urology    # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure (Consultation)    (Outpatient) Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**    **URGENT**    (**ROUTINE**)

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider: Dr Hadley    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): See consult from urology 2/13/14 &
note from 2/14/14

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME _____, M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY Nephrose | DATE 2/21/14 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/21/14   CAL 18/14-680346 Utilization management tracking #: | |

DATE OF CONSULTATION 3-5-14 - 1100    PRINTED NAME OF CONSULTANT Dr Hadley office

FINDINGS: Here for pre-op exam. Needs to be npo after midnight pnor to surgery

RECOMMENDATIONS: NPO after Midnight pnor to surgery. No aspirin or NSAIDS 7 days pnor to surgery.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE Dr. David Hadley | DATE 3/5/14 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE R~ Nunez | DATE 3/5/14 | AL0671 Holmes, C. |
| PCP SIGNATURE | DATE 3/6/14 | 10/15/72 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

RECEIVED
FEB 2 1 2014

C5-14S

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**CAL-SCHEDULER**

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

Confide____

| Date | Time | |
|------|------|--|
| 3-20-14 | 0825 | Temp: 97.7   HR: 89   O2 SAT: 97%   RR: 18   BP: 126/85 |

Going OTM for possible open reconstructive surgery for DX: Lt. urethral stricture.

Dr's Office/Med Facility: Dr Hadley @ Loma Linda Hospital   Appointment Time: 1100

Procedure/F/U: Urology Reconstructive Surgery   Films? YES (NO)   Included? YES (NO)

Preparation Required (YES) NO   NPO: ___   NPO: (YES) NO   Pain Scale: 0/10

TABE: 10.3   TB Code: ___   Prep: Hold NSAIDs

Meds given prior to transport? Y (N) ———   Dose: ———   Time: ———

(Please refer to Medication Reconciliation Form) or 7221

Effective communication met? (Y) N

Ambulatory c̄ steady gait. Breathing even, nonlabored. Speaking in clear full sentences. No motor deficits noted. v/s WNL. Stable for transport. Escorted by Os Van Z and Davis ———

Allergies: Motrin

| INSTITUTION CAL-SP | HOUSING UNIT C5-145L | |
|---|---|---|

INTERDISCIPLINARY PROGRESS NOTES

CDC 7230 (Rev 02/13)   STATE OF CALIFORNIA   DEPARTMENT OF CORRECTI

Holmes, Charles
AL0671
10/15/72   41 y/o   tabe 5.6
allergies: IBUPROFEN   C5-145L
Confidential Saved 2015-10-09T17:57:36Z

STATE OF CALIFORNIA

RECEIVED
DEPARTMENT OF CORRECTIONS

MAR 2 4 2014

*No prep*

*Sept 11/14*

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit) CAL-RWON MEDICAL

| PATIENT NAME Holmes, Charles | CDC NUMBER AL0671 | INSTITUTION CAL |
|---|---|---|

| DATE OF BIRTH 10 15 72 | EPRD DATE (L) | | GENDER |
|---|---|---|---|

PRINCIPLE DIAGNOSIS (L) ureteral stricture    ICD - 9 CODE    CPT CODE(S)

REQUESTED SERVICE(S) Lasix Renogram (when patient sees urology)    # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is: **EMERGENT**    **URGENT**    (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Loma Linda    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): See Urology Consult 3/20/14
Must be done same day patient sees Urology of Donald Hadley

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME D. JEMA, PES | APPROVED / AUTHORIZED / DENIED / DEFERRED BY Imaging Reno O | DATE 3 25 14 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 3/21/14    Utilization management tracking #: CAL 3/14 - 78424 2 |

| DATE OF CONSULTATION 4-15-14    1230 | PRINTED NAME OF CONSULTANT Loma Linda Hospital J R |
|---|---|

FINDINGS: _____

RECEIVED CAL
APR 17 2014

RECOMMENDATIONS: _____

Medical Records Dept.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE 4-15-14 | AL0671    C5-145L |
| PCP SIGNATURE | DATE | Holmes, C.    MR # 7108510 |
| | | 10 15 72 |

Attach Progress Note page for additional information
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

MAR 2 6 2014

CAL SCHEDULER
Basement level

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

| 1. Disability Code | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Appliance | ☐ I need questions |
| ☐ DPH ☐ IPV CII | ☐ Lowered Stall | ☐ I explained intent |
| ☐ DPS ☐ HH | ☐ ±4+ ☐ Slower | Please check one |
| ☐ DNS ☐ DD | ☐ Hear ☐ Transcribe | ☐ Not reached ☐ I .... |
| | ☐ Other* | See chrononotes* |

4. Comments Take 5.6

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02) B-207

Confidential Saved 2015-10-09T20:28:52Z

# Exhibit Cover Page

# Exhibit 4

**Description of this Exhibit**

   Medication Administration Records

**Number of pages of this exhibit    13**

# MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/PT | INITIALS | NAME OF RN/LVN/PT | INITIALS | NAME OF RN/LVN/PT | INITIALS |
|---|---|---|---|---|---|
| | | | | | |

**DRUG:** Morphine ER 15mg Bid PRN
**SIG:** Pain x 3d only

| ADMIN TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FILL DATE:** 5/31   **ORIGINAL FILL DATE:**   **RX #:**
**DAYS SUPPLY:**   **EXPIRE DATE:** 6/3/14   **DOCTOR:** NP Lopez

**DRUG:**
**SIG:**

| ADMIN TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FILL DATE:**   **ORIGINAL FILL DATE:**   **RX #:**
**DAYS SUPPLY:**   **EXPIRE DATE:**   **DOCTOR:**

**DRUG:**
**SIG:**

| ADMIN TIME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FILL DATE:**   **ORIGINAL FILL DATE:**   **RX #:**
**DAYS SUPPLY:**   **EXPIRE DATE:**   **DOCTOR:**

| NAME | Holmes Charles | CDCR # X20071 | HOUSING CHU 9 | ADDITIONAL PAGES IN USE: YES   NO |
|---|---|---|---|---|

RECEIVED CAL

JUN 0 4 2014

Medical Records Dept.

**MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 9/29/2014 8:31:50 AM**

Patient (DOB): HOLMES, CHARLES (10/15/1972)
CDCR#: AL0671   Unit#: C 003 1009001U

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH

Page 1 of 2

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Renew 40 | ☐ Stop | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule) SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 14 DAYS ** NOW-KOP | 9/22/2014 | 9/22/2014 | 10/6/2014 | 126553717-1 MA-MD, J. | 0 | 56 | 14 |
| ☐ Renew | ☐ Stop | hydrOXYzine HCl 50 mg tablet   (hydroxyzine hcl 50 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | 9/25/2014 | 10/25/2014 | 126554663-1 WEDELL-MD, J. | 0.5 | 30 | 15 |
| New Rx Required for Renewal | ☐ Stop | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud) SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT** **(CRUSH AND FLOAT) ** MAR ONLY | 9/22/2014 | 9/22/2014 | 10/20/2014 | 122031451-1 WEDELL-MD, J. | 0 | 120 | 30 |
| ☐ Renew | ☐ Stop | NITROFURANTOIN MONOHYDRATE/MACROCRYSTALS 100 mg CAPSULE  (nitrofurantoin mono-mcr 100 mg) SIG: TAKE 1 CAPSULE BY MOUTH EVERY DAY (FOR RECURRENT UTI PROPHYLAXIS) ** KOP | 7/28/2014 | 9/23/2014 | 1/24/2015 | 126540049-3 MA-MD, J. | 3 | 30 | 30 |

**MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 9/29/2014 8:31:50 AM**

Patient (DOB): HOLMES, CHARLES (10/15/1972)
CDCR#: AL0671   Unit#: C 003 1009001U

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule) SIG: TAKE ONE CAPSULE BY MOUTH FOUR TIMES A DAY. FOR 7 DAYS FOR E.COLI INFECTION ** NOW-KOP | 9/3/2014 | D/A 9/3/2014 | 9/10/2014 | 126549479-1 WEDELL-MD, J. | 0 | 28 | 7 |
| ☐ Renew | | DOCUSATE SODIUM 100 mg CAPSULE  (docusate sodium 100 mg capsule) SIG: TAKE TWO CAPSULES BY MOUTH TWICE A DAY. ** NOW-KOP | 8/11/2014 | D/A 8/11/2014 | 9/7/2014 | 126543663-1 WEDELL-MD, J. | 0 | 120 | 30 |

☎ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*methadone 7½ mg BID X 45 days*

NEW PRESCRIPTION:

Allergies: ibuprofen

_____   _____   _____
SUBSTITUTION PERMITTED     DATE/ TIME        PROV#
SIGNATURE

9/29/14   16/8

Noted

MEDICATION RECONCILIATION

9/29/14 @ 1150

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

***SEND TO PHARMACY ONCE COMPLETE.***

*"NF" - Nonformulary Medication*

Confidential Saved 2015-10-08T21:37:12Z

2014 OCT 15

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/14/2014 8:52:45 AM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**  
**CDCR#: AL0671  Unit#: C  003 1009001U**

CALIFORNIA STATE PRISON  SACRAMENTO  
Patient Labels in: ENGLISH  Page 1 of 2

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | cephALEXin 500 mg capsule  (cephalexin 500 mg capsule)  SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 40 DAYS ** NOW-KOP | 9/30/2014 | 9/30/2014 | 11/8/2014 | 126555744-1  WEDELL-MD, J. | 0.5 | 120 | 30 |
| ☐ Renew | ☐ Stop | hydrOXYzine HCl 50 mg tablet  (hydroxyzine hcl 50 mg tablet ud)  SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | 9/25/2014 | 10/25/2014 | 126554663-1  WEDELL-MD, J. | 0.5 | 30 | 15 |
| New Rx Required for Renewal | ☐ Stop | methadone 5 mg tablet  (methadone hcl 5 mg tablet ud)  SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT** **(CRUSH AND FLOAT) ** MAR ONLY | 9/30/2014 | 9/30/2014 | 11/13/2014 | 122031498-1  WEDELL-MD, J. | 0 | 180 | 45 |
| ☐ Renew | ☐ Stop | NITROFURANTOIN MONOHYDRATE/MACROCRYSTALS 100 mg CAPSULE (nitrofurantoin mono-mcr 100 mg)  SIG: TAKE 1 CAPSULE BY MOUTH EVERY DAY (FOR RECURRENT UTI PROPHYLAXIS) ** KOP | 7/28/2014 | 9/23/2014 | 1/24/2015 | 126540049-3  MA-MD, J. | 3 | 30 | 30 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 10/14/2014 8:52:45 AM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**  
**CDCR#: AL0671  Unit#: C  003 1009001U**

CALIFORNIA STATE PRISON  SACRAMENTO  
Patient Labels in: ENGLISH

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | | cephALEXin 500 mg capsule  (cephalexin 500 mg capsule)  SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 14 DAYS ** NOW-KOP | 9/22/2014 D/A 9/22/2014 | | 9/30/2014 | 126553717-1  MA-MD, J. | 0 | 56 | 14 |
| New Rx Required for Renewal | | methadone 5 mg tablet  (methadone hcl 5 mg tablet ud)  SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT** **(CRUSH AND FLOAT) ** MAR ONLY | 9/22/2014 D/A 9/22/2014 | | 9/30/2014 | 122031451-1  WEDELL-MD, J. | 0 | 120 | 30 |

☮ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

Allergies: ibuprofen

SUBSTITUTION PERMITTED SIGNATURE   DATE / TIME   PROV#   DEA# REQUIRED FOR CONTROLLED SUBSTANCES

MEDICATION RECONCILIATION   ** SEND TO PHARMACY ONCE COMPLETE **

Confidential Saved 2015-10-09T21:37:12Z

**MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/17/2014 4:18:36 PM**

Patient (DOB): HOLMES, CHARLES (10/15/1972)   2014 OCT 21  AM 8 17    CALIFORNIA STATE PRISON   SACRAMENTO    *Page 1 of 2*

CDCR#: AL0671   Unit#: C 003 1009001U    Patient Labels in: ENGLISH

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | hydrOXYzine HCl 50 mg tablet   (hydroxyzine hcl 50 mg tablet ud) | 9/25/2014 | 9/25/2014 | 10/25/2014 | 126554663-1 | 0.5 | 30 | 15 |
| | | SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | | | | WEDELL-MD, J. | | | |
| New Rx Required for Renewal | ☐ Stop | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud) | 9/30/2014 | 9/30/2014 | 11/13/2014 | 122031498-1 | 0 | 180 | 45 |
| | | SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT** **(CRUSH AND FLOAT) ** MAR ONLY | | | | WEDELL-MD, J. | | | |

**MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 10/17/2014 4:18:36 PM**

Patient (DOB): HOLMES, CHARLES (10/15/1972)    CALIFORNIA STATE PRISON   SACRAMENTO

CDCR#: AL0671   Unit#: C 003 1009001U    Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule) | 9/30/2014 | D/A 9/30/2014 | 10/15/2014 | 126555744-1 | 0.5 | 120 | 30 |
| | SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 40 DAYS ** NOW-KOP | | | | WEDELL-MD, J. | | | |
| ☐ Renew | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule) | 9/22/2014 | D/A 9/22/2014 | 9/30/2014 | 126553717-1 | 0 | 56 | 14 |
| | SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 14 DAYS ** NOW-KOP | | | | MA-MD, J. | | | |
| New Rx Required for Renewal | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud) | 9/22/2014 | D/A 9/22/2014 | 9/30/2014 | 122031451-1 | 0 | 120 | 30 |
| | SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT** **(CRUSH AND FLOAT) ** MAR ONLY | | | | WEDELL-MD, J. | | | |
| New Rx Required for Renewal | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud) | 8/21/2014 | D/A 8/21/2014 | 9/19/2014 | 122031273-1 | 0 | 120 | 30 |
| | SIG: **(CRUSH AND FLOAT) TAKE 1 1/2 TABLETS (7.5MG) BY MOUTH TWICE A DAY (DISCARD REMAINDER) ** MAR ONLY | | | | WEDELL-MD, J. | | | |

> ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*[handwritten]* methadone 7.5mg po BID x 100

NEW PRESCRIPTION:

Allergies: ibuprofen

_____   _____   _____   _____
SUBSTITUTION PERMITTED          DATE / TIME          PROV#          DEA# REQUIRED FOR
SIGNATURE                                                           CONTROLLED SUBSTANCES

*[handwritten]* 10/20/14 0915

MEDICATION RECONCILIATION    *[handwritten]* 10/20/14  *** SEND TO PHARMACY ONCE COMPLETE ***

*NF* - Nonformulary Medication

Confidential Saved 2015-

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/17/2014 4:18:36 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**

CALIFORNIA STATE PRISON   SACRAMENTO   *Page 1 of 2*

**CDCR#: AL0671   Unit#: C  003  1009001U**

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew ☐ Stop | hydrOXYzine HCl 50 mg tablet   (hydroxyzine hcl 50 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | 9/25/2014 | 10/25/2014 | 126554663-1<br>WEDELL-MD, J. | 0.5 | 30 | 15 |
| New Rx Required for Renewal ☐ Stop | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud)<br>SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT**<br>**(CRUSH AND FLOAT) ** MAR ONLY | 9/30/2014 | 9/30/2014 | 11/13/2014 | 122031498-1<br>WEDELL-MD, J. | 0 | 180 | 45 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 10/17/2014 4:18:36 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**

CALIFORNIA STATE PRISON   SACRAMENTO

**CDCR#: AL0671   Unit#: C  003  1009001U**

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 40 DAYS ** NOW-KOP | 9/30/2014 | D/A 9/30/2014 | 10/15/2014 | 126555744-1<br>WEDELL-MD, J. | 0.5 | 120 | 30 |
| ☐ Renew | cephALEXin 500 mg capsule   (cephalexin 500 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 14 DAYS ** NOW-KOP | 9/22/2014 | D/A 9/22/2014 | 9/30/2014 | 126553717-1<br>MA-MD, J. | 0 | 56 | 14 |
| New Rx Required for Renewal | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud)<br>SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT**<br>**(CRUSH AND FLOAT) ** MAR ONLY | 9/22/2014 | D/A 9/22/2014 | 9/30/2014 | 122031451-1<br>WEDELL-MD, J. | 0 | 120 | 30 |
| New Rx Required for Renewal | methadone 5 mg tablet   (methadone hcl 5 mg tablet ud)<br>SIG: **(CRUSH AND FLOAT) TAKE 1 1/2 TABLETS (7.5MG) BY MOUTH TWICE A DAY (DISCARD REMAINDER) ** MAR ONLY | 8/21/2014 | D/A 8/21/2014 | 9/19/2014 | 122031273-1<br>WEDELL-MD, J. | 0 | 120 | 30 |

› ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*methadone 7.5mg po bid x 100*

NEW PRESCRIPTION:

Allergies: ibuprofen

| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR<br>CONTROLLED SUBSTANCES |
|---|---|---|---|

MEDICATION RECONCILIATION          *** SEND TO PHARMACY ONCE COMPLETE ***

Confidential Saved 2014-10-08121:37:12Z

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/31/2014 4:14:52 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**
**CDCR#: AL0671   Unit#: C 003 1009001U**

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH
Page 1 of 1

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable ☐ Stop | **NF** (**non-formulary** message only)<br>SIG: NON-FORMULARY APPROVED UROGESIC UNTIL 1/18/15 ** MAR ONLY | 10/23/2014 | 10/23/2014 | 1/18/2015 | 126561737-1<br>WEDELL-MD, J. | 0 | 1 | 1 |
| New Rx Required for Renewal ☐ Stop | **methadone 5 mg tablet** (methadone hcl 5 mg tablet ud)<br>SIG: TAKE 1 AND 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY DISCARD THE OTHER HALF **DOT**<br>**(CRUSH AND FLOAT) ** MAR ONLY | 9/30/2014 | 9/30/2014 | 11/13/2014 | 122031498-1<br>WEDELL-MD, J. | 0 | 180 | 45 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 10/31/2014 4:14:52 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**
**CDCR#: AL0671   Unit#: C 003 1009001U**

CALIFORNIA STATE PRISON  SACRAMENTO
Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | **cephALEXin 500 mg capsule** (cephalexin 500 mg capsule)<br>SIG: TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 40 DAYS ** NOW-KOP | 9/30/2014 | D/A 9/30/2014 | 10/15/2014 | 126555744-1<br>WEDELL-MD, J. | 0.5 | 120 | 30 |
| ☐ Renew | **hydrOXYzine HCl 50 mg tablet** (hydroxyzine hcl 50 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | D/A 9/25/2014 | 10/25/2014 | 126554663-1<br>WEDELL-MD, J. | 0.5 | 30 | 15 |
| ☐ Renew | **NITROFURANTOIN MONOHYDRATE/MACROCRYSTALS 100 mg CAPSULE** (nitrofurantoin mono-mcr 100 mg)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY DAY (FOR RECURRENT UTI PROPHYLAXIS) ** KOP | 7/28/2014 | D/A 9/23/2014 | 10/15/2014 | 126540049-3<br>MA-MD, J. | 3 | 30 | 30 |

*methadone 7.5mg po BIDx 30 days* (handwritten)

🎧 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION: _____

Allergies: ibuprofen

SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR CONTROLLED SUBSTANCES

MEDICATION RECONCILIATION

*** SEND TO PHARMACY ONCE COMPLETE ***

11/3/14 @ 0920 (handwritten)

Confidential Saved 2015.10.09 04:37:12Z
*NF* - Nonformulary Medication

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/19/2014 8:36:44 AM

**CALIFORNIA STATE PRISON   SACRAMENTO**

Patient Labels In: ENGLISH

Page 1 of 2

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**

**CDCR#: AL0671   Unit#: C  003 1009001U**

| Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| **Messaging Rx:Non-Renewable** ☐ Stop ☐ Renew | | | | | | | |
| "NF" ("non-formulary" message only) SIG: NON-FORMULARY APPROVED UROGESIC UNTIL 1/18/15 ** MAR ONLY | | | | | | | |
| **New Rx Required for Renewal** ☐ Stop ☐ Renew | | | | | | | |
| methadone 5 mg tablet (methadone hcl 5 mg tablet ud) SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY **CRUSH AND FLOAT) **DOT** DISCARD THE OTHER HALF ** MAR ONLY | 11/3/2014 | 11/3/2014 | 12/3/2014 | 120031713-1 WEDELL-MD, J. | 0 | 120 | 30 |
| ☐ Stop ☐ Renew | | | | | | | |
| "NF" PHENAZOPYRIDINE HCL 100 mg TABLET (phenazopyridine 100 mg tab ud) SIG: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY NFE 1/18/15 ** NOW-KOP | 10/23/2014 | 10/23/2014 | 1/18/2015 | 126561737-1 WEDELL-MD, J. | 0 | 1 | 1 |

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/19/2014 8:36:44 AM

**CALIFORNIA STATE PRISON   SACRAMENTO**

Patient Labels In: ENGLISH

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**

**CDCR#: AL0671   Unit#: C  003 1009001U**

| Drug Name (Generic Name) | Start Date | Last Dispense/Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|
| ☐ Renew | | | | | | |
| ACETAMINOPHEN 325 mg TABLET (mapap 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH TWICE A DAY FOR 7 DAYS ** NOW-KOP | 11/10/2014 | D/A 11/17/2014 | 126565854-1 WEDELL-MD, J. | 0 | 28 | 7 |
| ☐ Renew | | | | | | |
| cephALEXin 500 mg capsule (cephalexin 500 mg capsule) SIG: TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY FOR 3 DAYS DONE ** PROFILE ONLY | 11/10/2014 | D/A 11/11/2014 | 126565646-1 WEDELL-MD, J. | 0 | 9 | 3 |
| ☐ Renew | | | | | | |
| hydrOXYzine HCl 50 mg tablet (hydroxyzine hcl 50 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | D/A 9/25/2014  10/25/2014 | 126554663-1 WEDELL-MD, J. | 0.5 | 30. | 15 |

MEDICATION RECONCILIATION

Allergies: Ibuprofen

NEW PRESCRIPTION:

Methadone 7.5 mg po Bid X 60 days

*[handwritten signatures and notations]*

☐ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

☐ SUBSTITUTION PERMITTED

SIGNATURE

DATE / TIME

SEND TO PHARMACY ONCE COMPLETE ** PHARMACY PICK UP

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

"NF" - Nonformulary Medication

Confidential Saved 2015-09-08 09:24:37:12Z

## MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 11/24/2014 12:56:35 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**
**CDCR#: AL0671   Unit#: C 003 1009001U**

CALIFORNIA STATE PRISON   SACRAMENTO
Patient Labels in: ENGLISH
*Page 1 of 2*

*(handwritten: 2014 NOV 25   AM 8 25)*

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| Messaging Rx:Non-Renewable | ☐ Stop | *NF* (**non-formulary** message only) SIG: NON-FORMULARY APPROVED UROGESIC UNTIL 1/18/15 ** MAR ONLY | 10/23/2014 | 10/23/2014 | 1/18/2015 | 126561737-1 WEDELL-MD, J. | 0 | 1 | 1 |
| New Rx Required for Renewal | ☐ Stop | methadone 5 mg tablet (methadone hcl 5 mg tablet ud) SIG: TAKE 1 & 1/2 TABLET (7.5MG) BY MOUTH TWICE A DAY FOR 40 DAYS **(CRUSH AND FLOAT)** MAR ONLY | 11/20/2014 | 11/20/2014 | 12/29/2014 | 122031816-1 WEDELL-MD, J. | 0 | 160 | 40 |
| ☐ Renew | ☐ Stop | *NF* PHENAZOPYRIDINE HCL 100 mg TABLET (phenazopyridine 100 mg tab ud) SIG: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY NFE 1/18/15 ** NOW-KOP | 11/3/2014 | 11/3/2014 | 12/3/2014 | 126563953-1 WEDELL-MD, J. | 0 | 120 | 30 |

## MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 11/24/2014 12:56:35 PM

**Patient (DOB): HOLMES, CHARLES (10/15/1972)**
**CDCR#: AL0671   Unit#: C 003 1009001U**

CALIFORNIA STATE PRISON   SACRAMENTO
Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ACETAMINOPHEN 325 mg TABLET (mapap 325 mg tablet) SIG: TAKE 2 TABLETS (650MG) BY MOUTH TWICE A DAY FOR 7 DAYS ** NOW-KOP | 11/10/2014 | D/A | 11/17/2014 | 126565854-1 WEDELL-MD, J. | 0 | 28 | 7 |
| ☐ Renew | cephALEXin 500 mg capsule (cephalexin 500 mg capsule) SIG: TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY FOR 3 DAYS DONE ** PROFILE ONLY | 11/10/2014 | D/A | 11/11/2014 | 126565646-1 WEDELL-MD, J. | 0 | 9 | 3 |
| ☐ Renew | hydrOXYzine HCl 50 mg tablet (hydroxyzine hcl 50 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN RELIEF ** NOW-NA | 9/25/2014 | D/A 9/25/2014 | 10/25/2014 | 126554663-1 WEDELL-MD, J. | 0.5 | 30 | 15 |

🔓 ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

*(handwritten:* Keflex 500mg po. BID x 10 days. (keop) — error. J. ma

Augmentin 875/125
Sig. 1 tab po. BID x 14 days. (keop)
(bite injury) *)*

**NEW PRESCRIPTION:**

*Allergies:* ibuprofen

*(handwritten signature: J. ma MD, 11/24/14   1100)*

| SUBSTITUTION PERMITTED | DATE / TIME | PROV# | DEA# REQUIRED FOR |
|---|---|---|---|
| SIGNATURE | | | CONTROLLED SUBSTANCES |

*(handwritten: 11/24/14 @ 1105)*

*** SEND TO PHARMACY ONCE COMPLETE **

MEDICATION RECONCILIATION

Confidential Saved 2015-10-08T21:37:12Z

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9/20/14 | 1030 | | Methadone 7.5 mg po BID X 30 days<br>DOT. |
| | | | FTP notified T.O. Dr. Wedell / Glenn R |
| 9/10/14 | 1050 | | |

2014 SEP 23   AM 9 08

| | |
|---|---|
| ALLERGIES: Ibuprofen | INSTITUTION CSP-SAC |

ROOM / WING   C 3  109

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Holmes
AL0671
10/15/1972

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

STATE OF CALIFORNIA        OSP 09 116447        DEPARTMENT OF CORRECTIONS

Confidential Saved 2015-10-08T21:37:12Z

MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET**
(acetaminophen-cod #3 tablet ud)
TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BREAKTHROUGH PAIN FOR 14 DAYS **(CRUSH AND FLOAT) **DOT**

Fill Date: 2/3/2014 | Orig Fill Date: 2/3/2014 | Rx#: 384009535-1
Days Supply: 28 | Expire Date: 2/17/2014 | Doctor: M.C. KIM-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**morphine ER 15 mg tablet,extended release** (morphine sulf er 15 mg tablet ud)
TAKE 1 TABLET BY MOUTH TWICE A DAY FOR 7 DAYS

Fill Date: 2/3/2014 | Orig Fill Date: 2/3/2014 | Rx#: 382000838-1
Days Supply: 7 | Expire Date: 2/10/2014 | Doctor: M.C. KIM-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Allergies
IBUPROFEN

| | | | |
|---|---|---|---|
| Name: HOLMES, CHARLES | Building: CAL-OHU | Housing | Additional Pages In Use |
| DOB: 10/15/1972 | CDCR # AL0671 | S INF 1004001L | Yes No |

2/3/2014 5:04:22 PM

Confidential Saved 2015-10-09T18:42:32Z

# MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET**
(acetaminophen-code 3 tablet ud)
**CRUSH AND FLOAT 2 TABLETS BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN**
**"DOT"**

TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR 3 DAYS

Fill Date: 2/12/2014    Orig Fill Date: 2/12/2014    Ref#: 384005671

Expire Date: 3/14/2014    Doctor: D. HJERPE-MD

---

\*\*\* KOP \*\*\* **AMOXICILLIN/POTASSIUM CLAVULANATE 875 MG-125 MG TABLET** (amox tr-k clv 875-125 mg tab)

TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS (VERBALLY APPROVED)

Fill Date: 2/28/2014    Expire Date: 3/7/2014    Ref#: 385220140

---

\*\*\* KOP \*\*\* **DOXAZOSIN MESYLATE 2 MG TABLET** (doxazosin mesylate 2 mg tab)

TAKE 1 TABLET BY MOUTH TWICE DAILY AUTO REFILL

Fill Date: 2/12/2014    Expire Date: 4/10/2014    Ref#: 385216366

---

\*\*\* KOP \*\*\* **PHENAZOPYRIDINE HCL 200 MG TABLET** (phenazopyridine 200 mg tab)

TAKE 1 TABLET BY MOUTH THREE TIMES A DAY FOR 3 DAYS

Fill Date: 2/28/2014    Expire Date: 3/3/2014    Ref#: 385220141

---

Name: **HOLMES, CHARLES**

DOB: 10/16/1972

Allergies: Ibuprofen

CDCR #: **AL0671**

Building: CAL-C Clinic - C 005 1

Housing: C  005 1145001L

Additional Pages In Use: Yes    No

02/28/2014 22:25:27 (Database status: Synchronized)

Confidential Saved 2015-10-09T18:42:32Z

MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET**
(acetaminophen-cod #3 tablet ud)
CRUSH AND FLOAT 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN
FOR 14 DAYS **CONTROLLED-FLOORSTOCK-DOT**

Fill Date: 5/12/2014   Orig Fill Date: 5/12/2014   Rx#: 384010141-1
Days Supply: 14   Expire Date: 5/24/2014   Doctor: E.ESTOCK-MD

IBUPROFEN

Name: **HOLMES, CHARLES**
DOB: 10/15/1972
CDCR # **AL0671**
Building: **CAL-OHU**
Housing: **S INF 1002001L**
Additional Pages in Use: Yes / No

5/12/2014 1:50:38 PM

MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET**
(acetaminophen-cod #3 tablet ud)
CRUSH AND FLOAT 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED FOR 14
DAYS *CONTROLLED-FLOORSTOCK-DOT*

Days Supply: 14   Fill Date: 5/22/2014   Orig Fill Date: 5/22/2014   Expire Date: 6/5/2014   Rx#: 384010213   Doctor: BE, STEPKE-MD

**DOXAZOSIN MESYLATE 2 MG TABLET** (doxazosin mesylate 2 mg tab)
TAKE 1 TABLET BY MOUTH TWICE A DAY AUTO REFILL.

Days Supply: 15   Fill Date: 6/12/2014   Orig Fill Date: 6/12/2014   Expire Date: 7/9/2014   Rx#: 388237287   Doctor: E, ESTOCK-MD

| Admin Time | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 | 5/15 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 | 6/1 | 6/2 | 6/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |  |  |  |  |  |  |  |  |  |  |  |  |  |

5/30/14 Patient is refusing Doxazosin Mesylate 2mg ×2000 725 Completed Pender

Name: HOLMES, CHARLES
DOB: 10/16/1972
CDCR #: AL0671
Building: CAL-OHU
Housing: S INF 1009001L
Allergies: Ibuprofen
Additional Pages in Use: Yes   No

05/22/2014 13:51:14 (Database status: 05/22/2014 13:50:52)

Confidential Saved 2015-10-09T18:42:32Z