UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES HOLMES, | ) | NO. CV 16-311-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| JEFF MACOMBER, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    By separate Order and Judgment filed concurrently, the Court has determined that habeas relief should be denied and this 28 U.S.C. § 2254 action should be dismissed with prejudice. Under 28 U.S.C. § 2253(c)(1)(A), an appeal may not be taken from a "final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court" unless the appellant first obtains a certificate of appealability ("COA"). The Court addresses the COA question pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

    "Where a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either that the district court erred in

dismissing the petition or that the petitioner should be allowed to proceed further. In such a circumstance, no appeal would be warranted." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

After carefully considering the record, the Court has accepted the Magistrate Judge's findings and conclusions in a concurrently-filed Order. The Court has further concluded that: reasonable jurists would not find it debatable that the petition is untimely and should be dismissed with prejudice.

Accordingly, issuance of a certificate of appealability is not warranted.

IT IS SO ORDERED.

DATED: November 1, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE