JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES HOLMES, | ) | NO. CV 16-311-MWF (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JEFF MACOMBER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 1, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE